Appendix A

accenture

February 14, 2015

Atila Bayat

329 Windtree Street

Torrington, CT 06790

Dear Atila:

We enjoyed our recent discussions with you and sincerely appreciated the opportunity to tell you about Accenture. You made an excellent impression and we believe you have the right qualifications for a rewarding career with us. We believe our challenging environment will provide you the opportunity to realize your professional objectives.

We are pleased to extend you an offer to join Accenture (herein after referred to as "Accenture" or the "Company"). This letter confirms the terms of your employment.

Career Track: Client Delivery & Operations

Organization: Technology

Talent Segment: Software Engineering

Role Title: Software Engineering Consultant

Job Title: Functional Testing Lead

Job Schedule: Full-Time

Career Level: 9

Office Location: Hartford

Paid Time Off (Full time): 16 days accrual per fiscal year based on current policy.

Base Pay: $102,000 Yearly, payable semi-monthly in arrears.

Overtime: Exempt

Current practice includes payment of professional overtime (more than 40 hours a week) at straight time rates at your level.

Variable Pay Plan: IPB

Your performance and promotion readiness will be assessed on the basis of your contributions and performance, the results of your work, the value you contribute to the success of our clients, business need, and your demonstrated stewardship and commitment to Accenture. Our salary administration process occurs annually. Salary reviews are conducted in December and any adjustments are determined by your start date, performance, and other compensation factors such as your position within your salary range and overall business conditions. You must be employed by Accenture for at least 3 1/2 months prior to the salary review date (the first of December) in order to be eligible for a salary review.

An extensive benefits program including medical, dental, disability insurance, life insurance, pretax reimbursement accounts, and other plans are available to you upon employment, subject to the standard eligibility requirements. Some benefits, such as the employer 401(k) matching

contribution, require a period of employment before you are eligible for participation. You are eligible to make 401(k) contributions any time beginning with your first day of work. If you are making contributions and you have satisfied the eligibility requirements, Accenture will match your contributions, at the rate appropriate for your career track or level, up to 6% of your compensation (subject to the IRS annual limits). You are permitted to roll over any prior employer 401(k) or other qualified plan amounts into the company's plan at any time.

For additional information on our holiday and vacation policies as well as our benefits programs, visit http://uscareers.accenture.com/benefits. In addition, you can learn more about our unique LifeWorks program; from financial planning to educational matters, apartment listings to consumer sources, you'll find a complete range of services to help enhance the quality of your life. If you have specific questions regarding benefits, please feel free to contact us.

If you become employed by the Company, you will have the opportunity to participate in the Accenture plc Employee Share Purchase Plan (ESPP). This is a voluntary program that allows eligible Accenture employees (in geographies where locally permitted) to purchase Class A ordinary shares of Accenture plc at a 15 percent discount. By participating in this program, you can build your ownership in Accenture and increase your stake in Accenture's potential success. Employees are generally eligible to contribute up to 10 percent of their gross compensation toward the purchase of these shares, or up to US$7,500 per Offering Period. To participate in the ESPP, you may enroll during an Open Enrollment period, which occurs twice a year, in September and March respectively for the two Offering Periods beginning in November and May. Please note that this program is offered solely at the discretion of Accenture plc, not by your employer, and may be amended or terminated by Accenture plc at any time.

We are extending this offer contingent upon successful completion of a background and reference check, including verification of all information reported on your Candidate Profile. Please note that your Candidate Profile and background check results must also satisfy any client-specific on-boarding requirements. Placements on some projects may require additional client specific requirements such as licenses, clearances, or signing authority, if applicable. Your offer is also contingent upon you possessing valid work authorization that does not require employer sponsorship.

This offer is further contingent upon the understanding that (1) your joining our Company will not violate any agreement to which you are or have been a party and that you will have obtained a satisfactory disposition of any restrictions you may have on your activities with your current or former employer(s) as determined by the Company; (2) the Company will not reimburse or hold you harmless for costs or any liability incurred in connection with a decision to accept employment with the Company; and (3) that the Company will not reimburse or hold you harmless for costs or any liability incurred in connection with any actions that may be brought by any prior employer.

The Company's offer is also contingent upon your acknowledgement that you will neither use nor disclose to our Company any confidential or proprietary information obtained from a third party prior to you joining our Company; and you will comply with all applicable Company policies and professional standards of our Company, including the Accenture Code of Business Ethics and Accenture's Policies. Your employment with Accenture is "at will," meaning it is terminable at any time by either you or Accenture.

In addition, as discussed, you agree and acknowledge that as a condition of this offer of employment, you are required to maintain your primary residence within a reasonable commuting distance from your assigned Company office Outsourcing unit location, or delivery center. A reasonable commute is defined as no further than a one and one-half hour commuting time (one-way drive or public transport trip, excluding air travel) from the employee's assigned Company office, Outsourcing unit location or delivery center.

We have enclosed several documents you must review and/or sign and return: (1) Additional terms and contingencies of employment, (2) conditions of employment, as well as an (3) intellectual property agreement to which you will be subject. After you have read through these materials, please sign and return in their entirety copies of this letter, the Additional terms and contingencies, the conditions of employment, and the intellectual property agreement. These documents will serve as your official acceptance of our offer and confirm that you have read, understood and will comply with the provisions outlined.

In keeping with the US Immigration and Control Act of 1986, we are required to establish the employment authorization and identity of each person we hire. Accenture's policy is to verify this information on your first day of employment. Accenture also complies with state laws and federal regulations that require the use of the Department of Homeland Security's E-Verify system to establish employment authorization and identity. In order to comply; you will need to bring the appropriate documentation described in the attached List of Acceptable Documents on your first day of employment. Your documentation must be original. Expired documents, copies or faxes will not be accepted. Please be aware that E-Verify requires that if you choose to bring an identification document from "list B" on the I-9 form, it has to be a document with a photo on it.

Prior to your start date, you will receive an email from 'Human Resources' with instructions to access our secure Accenture Career Launch portal where you will prepare for your first day and complete these required actions: verify your personal profile, complete the I-9 form, enroll in direct deposit payroll, provide emergency contact info, and complete tax forms. Your email address on record is atila.bayat@gmail.com. If your email address changes prior to your start date, please notify Accenture so we may stay in contact.

During your employment or upon your release or resignation, you agree not to release, retain, copy or utilize in any manner any confidential, privileged, or proprietary information or property of Accenture or its clients. All discoveries, inventions, or techniques developed in the course of your employment belong to Accenture and will be disclosed and assigned to Accenture by you.

We look forward to hearing from you and sincerely hope you decide to join our team. Please contact your recruiter Craig Hannigan at (973) 301-1134 with your decision within three days of the date at the top of this letter. In the meantime, please do not hesitate to call us should you like to discuss anything further.

Sincerely,

Accenture
By

Larry Solomon

Larry F. Solomon
North America Operating Officer

February 14, 2015

Additional Terms and Contingencies

Atila Bayat

This document serves as an addendum to your offer to join Accenture ("Accenture" or the "Company"). The additional terms and contingencies of your employment are:

VARIABLE PAY PROGRAMS

Variable Pay Programs Overview

Accenture values meritocracy and rewarding people based on individual as well as company performance. In addition to base salary, employees may be eligible to participate in one or more of the bonus or variable pay plans based on level, career track, and/or business unit. The offer letter outlines the plan(s) in which the employee is eligible to participate. Participation in such plan(s) will be subject to the governing terms and conditions of the applicable plans. Accenture reserves the right, in its sole discretion, to amend, change, suspend, or terminate any or all of the bonus or variable pay plans at any time without any obligation to replace it.

Individual Performance Bonus Plan (IPB)

The Individual Performance Bonus Plan (IPB) provides employees in good standing, an opportunity to receive a variable pay payment, based solely on the employee's individual performance. An employee's individual Performance Bonus payment is determined by their annual performance rating and payments are determined based off of the individual's actual base compensation received during the fiscal year. In order to be eligible to receive a variable pay payment under IPB Plan, an employee must be employed on the last business day of the fiscal year, and meet all other terms and conditions of the IPB Plan. The IPB Plan is subject to Federal and State supplemental tax rates.

**Atila Bayat**
Full Legal Name of Candidate

By providing my eSignature, I acknowledge and agree: (1) to the use of electronic means in receiving, reviewing, and accepting the foregoing terms and conditions; (2) that I have read, understood and agreed to the foregoing terms and conditions; (3) that I have not altered the document by any means; (4) that my submission of this electronic response constitutes my electronic signature; and (5) to the electronic storage and use of this document by Accenture.

**Signature:** Atila Bayat
Atila Bayat (Feb 14, 2015)

**Email:** atila.bayat@gmail.com

Appendix B

**Bayat, Atila**

**From:** Wagner, Rokia
**Sent:** Friday, April 17, 2015 4:25 PM
**To:** Testa, Lezlie H.; Zhang, Yu D.; Singh, Puneet A.; Vedere, Harinath; Patel, Sanjiv; Rathbun, Linda O.; Hoque, Mazhar U.; Kosyak, Sergey V.; Valiulla, Akib M.; Kotturu, Srinivas R.; Rehana, Syeda; Zami, Farzad; Koindala, Anil; Samaga, Shridhar V.; Hossain, Sayed; Chung, D. A.; Khan, Feroz B.; Kumar, Rupesh O.; D'Alonzo, Robert J.; Somon, Sazzad; Ogundiya, Michael; Vadla, Jayanth; Mercer, Karl L.; Omondi, Joseph; Ashadele, Olusegun; Bayat, Atila; Nguyen, Tuan B.; Paul, Deepak; Lance, Ashley; Jimada, Ramatu O.; Subramani, Murli; Quartey, Aziza; Jadav, Dipesh; Ballou, Larry; Pinkham, Jason; Anderson, J. A.; Shumakov, Yakov; Mathur, A. B.; Yerneni, Sirisha; Cheeti, Prema; Meeker, Elizabeth; Kola, Suresh; Oduwole, Olufemi; Ibuot-Ekpo, Victoria; Morris, Kourtnee; Davis, Franklin; Shah, Prakash C.; Khan, Shahbaz; Brathwaite, Donelle; Hoffmaster, Kenneth; Ahsan, Muhammad; Zaman, Mohammed A.; Alspach, Adam; Templemon, Syleesia; Privitere, Clayton; Rowan, Denise H.; Green, Kristin; Bhattacharjee, P. C.; Sangwan, Rajinder B.; Agarwal, Reshu; Mir, Sarfraz; Wittman, Peretz; Patel, Shrijit; Shah, Nishita C.; Sims, Frederick R.; Dorsainvil, Karl D.; Cochran, Chastain; Patel, Yagneshkumar; Goverdhana, Ravali; Kiarie, Mary; Onomivbori, David; Seraj, Naseef; Reyes, Neftali G.; Naeem, Torri; Muktineni, Sabitha; Caballero, Gary M.; Hussain, Shaheen A.; Dong, Ashley; Serrano, Hector; Taylor, Marlon C.; Burgess, Carl B.; Anwar, Ahmed; George, Ashish A.; Isaacson, C. C.; Allsop, Mark; Yalagapalli, Sunil; Emrey, Margaret; Chinni, Bhavana; Nguyen, Son D.; McWhorter, Williem; Baiye, Justus; Bhattacharjee, S. S.; Kudumula, Sireesha; Ravela, Sindura H.; Dharamrup, Jaishree; Shandilya, Divya; Rucker, Michael D.; Patel, Viral A.; Narayani, Lakshmi; Patel, Niraj; Correa, Damian; Bal, Harpreet K.; Profico, Daniel; Doshi, Priyesh; Mishra, Monalisa A.; Strong, Tristan; Govani, Vijay; Singh, Ira; Betz, Brooks; Moinuddin, Mohammed; Wozar, Mark R.; Parmar, Harminder; Gangasarran, Robert; Mutombo, Olive K.; Alam, J.; Cruz, Mark Jerome; Chen, David; Arora, Prerna; Dastagir, ZM Golam; Nakazato, Carlos; Barsh Jr, Eric P.; Thotakura, Mangeswar; Farewell, Thomas; Fjerstad, Mel; Bergsmith, Ryan; Zia, Asif; Pogrebnoy, Andrew; Huiswoud, Jason; Singh, Gurmit; Ali, Qazi A.; Walton, Angelina; Ahmad, Saad S.; Ulain, Farhat; Tongco, Edwin; Jones, Darren A.; Cornovan, Nicusor; Holland, Chantelle; Chikkabasavaiah, Y.; Weir, Michael C.; Bremer, Kenneth; Moturi Taylor, P.; Patel, Hemen; Daniel, Lana; Perni, Rajendra; Juvvadi, Sirisha; Lamba, Rajwant S.; Umar, Umar Idris; Variava, Parin; Subban, Sivakumar; Arora, Vishalkumar; Ananth, Raam P.; Vijayan, Resmi; Derama, Jeric B.; Langworthy, Jeffrey R.; Makkena, Padmavathi D.; Syed, Rashid; Nair, Riya; Neal, Travis; Maia, M.; Johal, Daljeet K.; Ebai, Daniel; Safonova, Lyudmila A.; Tran, Hung N.; Mistry, Ankit; Kolla, Rajasekhar; Smanski, Philip J.; Patrizi, Vincent C.; Chwala, Gabriel; Syed, Naseeruddin; Tran, Cindy A.; Momoh, Christopher; Vasquez, Diana C.; Jakab, Ajay; Najera, Alexandra; Chu, Sidney; Sinjari, Ledio; Rimando, Paul T.; Khan, Maleeha; Wang, Bor-Jiun; Osburn, Matthew; Shkan, George J.; Ng, Nathan M.; Pinsirikul, Johanna R.; Osuna, Gorje; Swellum, Adam; Ouden, Boyd F.; Negi, V. A.; Bandara, Samendra; Honan, Benjamin M.; Cheikine, N.; Kamalia, Neha; Jenkins, Frederick V.; Shamebo, Bitania; Caskey, Nicklaus; Vij, Anil; Robles, Gloria; Simmons, Kenneth J.; Williams, Ante V.; Hunter, Marcus; Wiggins, Melissa; Durodola, Olalere; Trauger, Daniel R.
**Cc:** Castellani, Julianne; Westrick, Kilee E.; McNab, Melissa; Thomas, Johnny; Patel, Drashti; Redhead, Alma; Duru, Harlem; Baye, Siansiehi A.; Cesar, Gerard; Colin, Nahomie C.; Lee, Dennis B.; Acharya, Arjun; Sanganza, Takawira; Shmuylovich, Mikhail; Sandella, Radhika; Kemakolam, Mike; Pathuri, Vasanth K.; Pandey, Min; Leung, Kenny; Maheswari, Utsav
**Subject:** RE: mySchedaling Issue Displaying Roles

April 2015 –
August 1st 2016

Thanks for updating.
Please Note: Do not work to propose to demand in myScheduling over the weekends. Please just work to resume follow-up and proposing during Monday, business hours.

Ro Lawson Wagner
Accenture
North America ATA DCN Testing Talent Fulfillment
Atlanta GA 678-657-4341
rokia.wagner@accenture.com

**Manage Your Career** Employee Help Site
New myRequests self-service tool for your HR, Accounts Payable, T&E, Payroll, Facilities and RMS needs.
**HR Support**- Visit Support & Services and NA PeopleLink to access FAQ's; or **PeopleLine** (800-432-2729) or use Chat Now.
***Training questions*** NA.TrainingAdmin@accenture.com; or myLearning Help Center (800-446-5302).
Executives may obtain bill/cost code and loaded cost information through Finance at 866-444-2606; option 3

---

**From:** Testa, Lezlie H.
**Sent:** Friday, April 17, 2015 4:00 PM
**To:** Zhang, Yu D.; Singh, Puneet A.; Vedere, Harinath; Patel, Sanjiv; Rathbun, Linda O.; Hoque, Mazhar U.; Kosyak, Sergey V.; Valiulla, Akib M.; Kotturu, Srinivas R.; Rehana, Syeda; Zami, Farzad; Koindala, Anil; Samaga, Shridhar V.; Hossain, Sayed; Chung, D. A.; Khan, Feroz B.; Kumar, Rupesh O.; D'Alonzo, Robert J.; Somon, Sazzad; Ogundiya, Michael; Vadla, Jayanth; Mercer, Karl L.; Omondi, Joseph; Ashadele, Olusegun; Bayat, Atila; Nguyen, Tuan B.; Paul, Deepak; Lance, Ashley; Jimada, Ramatu O.; Subramani, Murli; Quartey, Aziza; Jadav, Dipesh; Ballou, Larry; Pinkham, Jason; Anderson, J. A.; Shumakov, Yakov; Mathur, A. B.; Yerneni, Sirisha; Cheeti, Prema; Meeker, Elizabeth; Kola, Suresh; Oduwole, Olufemi; Ibuot-Ekpo, Victoria; Morris, Kourtnee; Davis, Franklin; Shah, Prakash C.; Khan, Shahbaz; Brathwaite, Donelle; Hoffmaster, Kenneth; Ahsan, Muhammad; Zaman, Mohammed A.; Alspach, Adam; Templemon, Syleesia; Privitere, Clayton; Rowan, Denise H.; Green, Kristin; Bhattacharjee, P. C.; Sangwan, Rajinder B.; Agarwal, Reshu; Mir, Sarfraz; Wittman, Peretz; Patel, Shrijit; Shah, Nishita C.; Sims, Frederick R.; Dorsainvil, Karl D.; Cochran, Chastain; Patel, Yagneshkumar; Goverdhana, Ravali; Kiarie, Mary; Onomivbori, David; Seraj, Naseef; Reyes, Neftali G.; Naeem, Torri; Muktineni, Sabitha; Caballero, Gary M.; Hussain, Shaheen A.; Dong, Ashley; Serrano, Hector; Taylor, Marlon C.; Burgess, Carl B.; Anwar, Ahmed; George, Ashish A.; Isaacson, C. C.; Allsop, Mark; Yalagapalli, Sunil; Emrey, Margaret; Chinni, Bhavana; Nguyen, Son D.; McWhorter, Williem; Baiye, Justus; Bhattacharjee, S. S.; Kudumula, Sireesha; Ravela, Sindura H.; Dharamrup, Jaishree; Shandilya, Divya; Rucker, Michael D.; Patel, Viral A.; Narayani, Lakshmi; Patel, Niraj; Correa, Damian; Bal, Harpreet K.; Profico, Daniel; Doshi, Priyesh; Mishra, Monalisa A.; Strong, Tristan; Govani, Vijay; Singh, Ira; Betz, Brooks; Moinuddin, Mohammed; Wozar, Mark R.; Parmar, Harminder; Gangasarran, Robert; Mutombo, Olive K.; Alam, J.; Cruz, Mark Jerome; Chen, David; Arora, Prerna; Dastagir, ZM Golam; Nakazato, Carlos; Barsh Jr, Eric P.; Thotakura, Mangeswar; Farewell, Thomas; Fjerstad, Mel; Bergsmith, Ryan; Zia, Asif; Pogrebnoy, Andrew; Huiswoud, Jason; Singh, Gurmit; Ali, Qazi A.; Walton, Angelina; Ahmad, Saad S.; Ulain, Farhat; Tongco, Edwin; Jones, Darren A.; Cornovan, Nicusor; Holland, Chantelle; Chikkabasavaiah, Y.; Weir, Michael C.; Bremer, Kenneth; Moturi Taylor, P.; Patel, Hemen; Daniel, Lana; Perni, Rajendra; Juvvadi, Sirisha; Lamba, Rajwant S.; Umar, Umar Idris; Variava, Parin; Subban, Sivakumar; Arora, Vishalkumar; Ananth, Raam P.; Vijayan, Resmi; Derama, Jeric B.; Langworthy, Jeffrey R.; Makkena, Padmavathi D.; Syed, Rashid; Nair, Riya; Neal, Travis; Maia, M.; Johal, Daljeet K.; Ebai, Daniel; Safonova, Lyudmila A.; Tran, Hung N.; Mistry, Ankit; Kolla, Rajasekhar; Smanski, Philip J.; Patrizi, Vincent C.; Chwala, Gabriel; Syed, Naseeruddin; Tran, Cindy A.; Momoh, Christopher; Vasquez, Diana C.; Jakab, Ajay; Najera, Alexandra; Chu, Sidney; Sinjari, Ledio; Rimando, Paul T.; Khan, Maleeha; Wang, Bor-Jiun; Osburn, Matthew; Shkan, George J.; Ng, Nathan M.; Pinsirikul, Johanna R.; Osuna, Gorje; Swellum, Adam; Ouden, Boyd F.; Negi, V. A.; Bandara, Samendra; Honan, Benjamin M.; Cheikine, N.; Kamalia, Neha; Jenkins, Frederick V.; Shamebo, Bitania; Caskey, Nicklaus; Vij, Anil; Robles, Gloria; Simmons, Kenneth J.; Williams, Ante V.; Hunter, Marcus; Wiggins, Melissa; Durodola, Olalere; Trauger, Daniel R.
**Cc:** Wagner, Rokia; Castellani, Julianne; Westrick, Kilee E.; McNab, Melissa; Thomas, Johnny; Patel, Drashti; Redhead, Alma; Duru, Harlem; Baye, Siansiehi A.; Cesar, Gerard; Colin, Nahomie C.; Lee, Dennis B.; Acharya, Arjun; Sanganza, Takawira; Shmuylovich, Mikhail; Sandella, Radhika; Kemakolam, Mike; Pathuri, Vasanth K.; Pandey, Min; Leung, Kenny; Maheswari, Utsav
**Subject:** myScheduling Issue Displaying Roles

**Bayat, Atila**

**From:** Castellani, Julianne
**Sent:** Friday, May 22, 2015 3:30 PM
**To:** Zhang, Yu D.; Chwala, Gabriel; Syed, Naseeruddin; Alam, J.; Rathbun, Linda O.; Arora, Prerna; Dastagir, ZM Golam; Hoque, Mazhar U.; Kosyak, Sergey V.; Thotakura, Mangeswar; Rehana, Syeda; Zami, Farzad; Cornovan, Nicusor; Tongco, Edwin; Zia, Asif; Walton, Angelina; Huiswoud, Jason; Koindala, Anil; Samaga, Shridhar V.; Hossain, Sayed; Chung, D. A.; Kumar, Rupesh O.; Ogundiya, Michael; Vadla, Jayanth; Mercer, Karl L.; Omondi, Joseph; Bayat, Atila; Paul, Deepak; Weir, Michael C.; Bremer, Kenneth; Lamba, Rajwant S.; Moturi Taylor, P.; Perni, Rajendra; Patel, Hemen; Juvvadi, Sirisha; Jimada, Ramatu O.; Subramani, Murli; Quartey, Aziza; Jadav, Dipesh; Ballou, Larry; Nakazato, Carlos; Arora, Vishalkumar; Ananth, Raam P.; Derama, Jeric B.; Variava, Parin; Vijayan, Resmi; Anderson, J. A.; Shumakov, Yakov; Makkena, Padmavathi D.; Syed, Rashid; Neal, Travis; Meeker, Elizabeth; Kola, Suresh; Oduwole, Olufemi; Ibuot-Ekpo, Victoria; Davis, Franklin; Shah, Prakash C.; Valderrama, Esteban; Aardema, Ronda; Ahsan, Muhammad; Parmar, Harminder; Templemon, Syleesia; Yalagapalli, Sunil; Tran, Hung N.; Mistry, Ankit; Jakab, Ajay; Jenkins, Frederick V.; Ouden, Boyd F.; Privitere, Clayton; Emrey, Margaret; Kolla, Rajasekhar; Muktineni, Sabitha; Rowan, Denise H.; Green, Kristin; Bhattacharjee, P. C.; Kamalia, Neha; Sinjari, Ledio; Vasquez, Diana C.; Smanski, Philip J.; Momoh, Christopher; Najera, Alexandra; Negi, V. A.; Ng, Nathan M.; Osburn, Matthew; Osuna, Gorje; Shkan, George J.; Wang, Bor-Jiun; Safonova, Lyudmila A.; Bandara, Samendra; Pinsirikul, Johanna R.; Tran, Cindy A.; Patel, Shrijit; Sims, Frederick R.; Cochran, Chastain; Patel, Yagneshkumar; Kiarie, Mary; Onomivbori, David; Seraj, Naseef; Reyes, Neftali G.; Naeem, Torri; Caballero, Gary M.; Hussain, Shaheen A.; Burgess, Carl B.; Anwar, Ahmed; Sangwan, Rajinder B.; Wozar, Mark R.; Hari, Sastry; Dharamrup, Jaishree; Auguste, Ricardo; Shamebo, Bitania; Baiye, Justus; Kudumula, Sireesha; Shandilya, Divya; Chinni, Bhavana; Caskey, Nicklaus; Deb, Lovely; Somon, Sazzad; Burgess Morris, T.; Pappala, Sridevi; Manzoor, Imran; Barron, Marcus; Tchoumi, Euphrasie; Yu, Mark; Kulam, Maswood M.; Pogrebnoy, Andrew; Ashaye, Adekola A.; Ahmed, Ansar A.; Eswary, Jeejamol; Hillman, Shelley; Stensgard, Aaron; Morris, Kourtnee; Hoffmaster, Kenneth; Ngo, Tuan; Cox, William; Benjamin, Torry D.; Foster, Robert A.; Narayanan, P.; Peacock, Jennifer; Durodola, Olalere; Bal, Harpreet K.; Profico, Daniel; Barry, Jonathan; Vazquez, Bernardo; Mahajan, Ajay A.; Patel, Ujash; Dada, O. O.; Soomro, Saleem; Gudur, Kavitha; Tan, Gayle; Brathwaite, Donelle; Dhillon, Sharandeep S.; Chithambaram, M.; Holland, Hup Z.; Tran, Sonny; Kashyap, Arti; Sakhuja, Ankur; Rahim, Joyar; Anandan, Venkat; Woodard, Evelyn A.; Samala, Venkata; Zia, Syed; Marceau, Stephan M.; Thomas, Susan; Williams, Victoria; Ramanathan, Narayanan; Dong, Ashley; Sullivan, Karen; Thomas-Benge, III, I. H.; McWhorter, Williem; Thakur, Vikrant; Gangasarran, Robert; Wittman, Peretz; Tyson, Koya; Acquaah, George P.; Barua, Sarbamitra; Govani, Vijay; Ashadele, Olusegun; Kennedy, Daniel P.; Amaranand, Suhasini; Pinkham, Jason; Khan, Feroz B.; LaBounty, Ron; Betz, Brooks; Samie, Muhammad; Fong, Metchel; Taylor, Jared; Quraishi, Nida; Charlitte, John S.; Mishima, Matthew; Weinstein, Barry R.; Bergsmith, Ryan; Grewal, Haryaspreet S.; Hendrickson, Kat R.; Hill, M. R.; Senthil, Anitha; Ahuja, Vishakha; Chikkabasavaiah, Y.; Jeganathan, K.; Prakash, Ram S.; Price, Connie; Goodman, Renee B.; Pendleton, Heather L.; White, Anas; Singh, Ira; Tozzi, Matthew; Shah, Ajita H.; Isaacson, C. C.; Howerter, Steven; Nere, Swati N.; Ladson, Aliven; Downes, Paul T.; Subramanian, K. T.; Thimmi, Charitha; Niezgocki, Ivan J.; Krishnakumar, Priya; Patrizi, Vincent C.; Patel, Viral A.; Patel, Niraj; Suzuki, Kurtis T.; Tajeddine, Abdelhadi; Khan, Asim M.; Cheeti, Prema; Kuefler, Vesna T.; Gallentine, Zachary S.; Meagher, Ryan P.; Data, Nicholas J.; Bacogiannis, Perry; Qalbani, Shahzad; Chow, Christopher F.; Martinez, Lorena A.; Malhotra, Daksh; Parwani, Kishore M.; Ibekwe, Nnamdi; Pati, Upasana; Mirza, Haider; Edathil, Krishnakumar;

**To:** Govindarajan, Vijay; Ilic, Mike; Krishnan Sethuram, V.; Meerapatel, Kafila; Nabulsi, Suehaila S.; Oberoi, Davinder B.; Anumula, Pranitha; Bandalli, Sowmya J.; Challapalli, Kavitha; Cruz, Mark Jerome; Duduka, Mallikarjun; Halewadimath, P. R.; Holder, Justin B.; Kaler, Sunny; Kirk, Kathy; Kohli, Jaswinder S.; Orren, Michael; Pham, Adora H.; Roettger, Colleen; Skrogstad, Danilo J.; Young, Gerald A.; Haley, Andrew; Alspach, Adam; Davis, Quincy A.; Taylor, Marlon C.; Noble, Aaron T.; Bacchus, Druanne Z.; Nellickal, Sindu O.; Marana, Alberto M.; Steel, Patrick; Tran, Michael; Applegate, William J.; Parker Jr, Roosevelt; Gillespie, Jennifer R.; Nandibasappa, Surekha; Bawa, Ricky S.; Ventrapragada, Naga V.; Goins, James; Patel, Manan; Alderman, Lenora; Boaz, Chris E.; Alam, Tangina P.; Hall, Timothy L.; Nair, Thushara V.; Bava, Anita; George, J. B.; David, Sheena; Roberson, Quinn D.; Allen, Duquay; Ravela, Sindura H.; Kasper, Scott; Sheth, Shrujal K.; Ahmed, Shaheen; Lavorgna, Ryan; Dixon, Benjamin; Mossolly, Ahed; Chen, David; Holliday, Sara C.; De Wall, Kirsten A.; Yadav, Sushma; Middleton, Erick C.; Chawla, Preeti; Thurston, Aleena; Hong, Mark; Johal, Daljeet K.; Agahi, Afsheen; Fernandes, L. A.; Tanada, Francis C.; Tsang, Michelle; Serrano, Hector; Gowens, Matthew A.; Fooks, Alexander D.; Haber, Bernd; Amin, Ashbalul; Buchanan, Nathaniel J.; Tadious, Bisewer; Rajasekaran, C.; Chandran, Siddharth N.; Cheikine, Natalya; Dahlman, Karen; Singh, Gurmit; Suchla, Matthew; Correa, Damian; Reddy, Vishnu Vardhan; Veeravatnam, Ramya; Saifullah, Kbn; Singu, Kartheek; Chaudri, Rahul; Strong, Tristan; Prasad, Richa C.; Patel, P. R.; Lance, Ashley; Yerneni, Sirisha; Lesetmoe, Todd; Sharma, Kanika A.; Langworthy, Jeffrey R.; Luk, Regina S.; Sundararajan, Adhithi; Moinuddin, Mohammed; Lingaraju, Sushma; Baylor, Ryan M.; Cervantes, Felisha; Emeigh, Michael; Jones, D. X.; Kotturu, Srinivas R.; Patel, Nutan; Nguyen, Covin T.; Amin, Dhira M.; Ramanujam, Rajagopal; Skursha, Bryan D.; Naiyer, Yusuf; Sammur, M. N.; Tucker III, Jasper; Nallathambi, Anand R.; Chen, Annie Y.; Bangush, Sameer; Bhatia, Akshi; Hamilton, M. A.; Khan, Sami A.; Krishnan, Latha; Olson, Christopher J.; Qureshi, Afshan T.; Drozd, Chad; Ethan, Ryan; George, Reju; Haldar, Swapna S.; Jain, Peyoosh; Jawale, Sheetal; Jeffery, LaChisa; Mannan, Arifa; Michael, Charles A.; Narayanan, Sangeetha; Pandiri, Srilatha; Shay, Daniel; Theel, Michael J.; Wilkinson, Jeff S.; Patel, Mona R.; Doshi, Priyesh; Orr, Brandye; Sriranganathan, S.; Thatavarty, Kalyani; Brown, Brenton; McLarty, Danekia; Lewis, Albert C.; Sankar, Alvin; Alam, Sharful; Barraza, Esteban G.; Helguero, Joshua; Karamchandani, Ram P.; Lo, Pao; Patel, Sanjiv; Jacob, Susha; Ebai, Daniel; Umar, Umar Idris; Polavarapu, Puneeth B.; Kumar, Shravan J.; Rashid, Humayun; McGhee, Denise; Bivash, Faizul; Nunez, Rodrigo; Taylor, Gary L.; Labbe, Amanda L.; Contreras, Uriel; Kennelly, Shannon; Winslow, Troy D.; Bozanich, Katherine M.; St Marie, Joseph; Ernst, Rebecca M.; Rock Jr, Jean-Pierre; Nayak, Krapesh; Patnaik, Namrata; Trella, Marian E.; Krovi, Deepthi; Smith, Gerald L.; Irlbeck, James; John, J. B.; Cabral, Joselito C.; Kasu, Lakshmi P.; Koujalgi, Sohail; Kuczaj, Todd D.; Nwaneri, Chisom B.; Ram, Srividya; Weik, Jeffrey; Holland, Chantelle; Mohammed, Zameer A.; Nair, Riya; Pak, Julia; Vemireddy, Hanimi R.; Rucker, Michael D.; Jenkins, L. X.; Ravindran, Meena; Hines, William J.; Orchard, Michael J.; Sapienza, Matthew J.; Belayneh, Tewodros A.; D'Alonzo, Robert J.; Lafferty, Neil; Patel, Tarun; Khan, Maleeha; Patel, Yogesh A.; Revuri, Vanoj; Varghese, Michelle; Repala, Venkata K.; Airani, Farhana K.; Malone, Catherine; Hildebrand, Randal; Testa, Lezlie H.; Abo El-Rob, Mustafa; Mckenzie, Kelly A.; Armendariz, Sandy L.; Maddikunta, Kavitha; Mathur, A. B.; Cartwright, Irvin E.; Mittal, Shilpa; Valiulla, Akib M.; Thakur, Mona; Coleman, Alexandra; Albert, Derek D.; Goverdhana, Ravali; Desai, Bhavin N.; Matta, Swaroopa; Ahmad, Saad S.; Patel, Nrupal; Malik, Neeraj; Boyd, Michael A.; Agochiya, Rashmi; Honan, Benjamin M.; Hossain, Mohammad; Khan, Shahbaz; Minton, Daniel T.; Posani, Sivakumari; Hahn, Rainer C.; Bains, Satvinderjit K.; Chaudry, Affan; Banwar, Himanshu; Inukurti, RamaKrishna; Rimando, Paul T.; Shah, Jatin A.; Trulock, Mark E.; Wieczorek, Jason M.; Bedford, Trina; Chang, Thomas C.; Chappel, Diane L.; Chu, Sidney; Chung, Daniel; Deshpande, Sachin M.; Dhillon, Kanwaldeep S.; Duong', Norman; Hongsdusit, Scott; Jones, Darren A.; Kulkarni, Rohini; Liu, Jeffrey T.; Lu, Jenny; Malisetti, S. L.; Nallu, Deepthi; Patel, Pramila; Perikala,

**To:** Prasanthi; Policepatil, S. H.; Seenivasan, Subashini; Shriyan, Reshma; Stoddard, Marianne F.; Subban, Sivakumar; Swellum, Adam; Ulain, Farhat; Kiron, Chris J.; Maia, M.; Hadsell, Jeffrey R.; Allsop, Mark; Chitalia, Mitesh; Zaman, Mohammed A.; Pajo, Beethoven B.; Saha, Om; Morshed, Zubair; Agarwal, Reshu; Gattu, Malini; Hydari, Saima; Uch, David; Islam, Mohammad R.; Chawla, Ravi; Chevendra, Jyothi; Avila Vila, Aleksey; Nazim, Nisi; Stelmaszek, Aaron; Falloon, Damion A.; Nangia, Shveta; Hall, Matthew A.; Mir, Sarfraz; Everett, Lucinda L.; Hossain, Md A.; Mehta, Jigisha S.; Ara, S.; Seth, Amit; Hong, Seung; Perrotta, Joseph; Rana, Manzurul K.; Pucci, Joliza; Mishra, Monalisa A.; Nguyen, Tuan B.; Horne, Marquita; Manuel, Wendell T.; George, Ashish S.; Sangani, Rajesh; Guadagno, Anthony S.; Shah, Suresh K.; Chowdhury, Ridwanur; Petsenyuk, Jamilya; Allen II, Essick T.; Hirabayashi, Michael; Nasar, Sana; Chandy, Thomas; Hurovitz, Steven M.; Ayinikatt, Sruti S.; Bommareddy, Lakshmi; Caldwell, Kara; Wang, Simin; Colin, Nahomie C.; Githinji, Boniface K.; Revoori, Thirupathi; Moore, E. J.; Sharma, Priti Y.; Ali, Qazi A.; Uppaluri, Surekha; Cordero, Michelle J.; Uppaluri, Surekha; Fjerstad, Mel; Strouth, Troy L.; Ueland, Aaron R.; Gallegos, Melina G.; PorurKamalasekhara, V.; Tangri, Nikhil; Dhillon, Manpreet K.; Boretzky, Nicholas L.; Tung, Victor; Natarajan, Heera; Crump, Jeffrey N.; Desumala, Gaezelle F.; Bhattacharjee, S. S.; Davis, Erica C.; Bullard, Taylor; Datla, Deekshi; Dutta, Banashri; Enriquez Guevara, G. A.; Singh, Smita D.; Ambakhutwala, Abedin; Belton, Kimberly D.; Timmaraju, Hymavathy; Barsh Jr, Eric P.; Cun, Shawn A.; Subnavis, Aruna; Barry, Grace R.; Potluri, Radhika; Shah, Nishita C.; Sharma, Lakshmi Priya; Scott, Malinda C.; Ikuomola, Sarah A.; Parikh, Nirav V.; Mannam, Siva; Pinter, Stephanie; Murali, Anitha; Veerasamy, Rajesh; Bandaru, Lakshmi S.; Adiaman, Boomadevi; Lo, Christie; Sambasivan, Priya; Campos, Vitor; Turner, Marlon A.; Verceles, Glenn E.; Meneghini, Thomas; McKnight, William D.; Kasbohm, Corey; Csontos, Mary; Khan, Ishrath; Mahal, Manroop K.; Pallavi, Tumula; Haynes, Charmiesha; Dorsainvil, Karl D.

**Cc:** Castellani, Julianne; McNab, Melissa; Westrick, Kilee E.; Wagner, Rokia; Breshears, Amy V.; Resendiz, Adriana

**Subject:** Changes to Our Testing TFS Team

Hi,

Please note the following related to the changes of our Testing TFS team…

- You will start to see changes in myScheduling today, but the official transition will not be complete until Monday, June 1 and/or Monday, June 8th depending on your TFS
- Continue to loop in and copy your current and new TFS on all staffing communications until transition is completed in early June
- Kilee Westrick was promoted and is moving to the Custom Development team. We will miss you Kilee! She starts part time on the Custom team as of Tuesday, May 26th
- Melissa McNab will remain in her role as the overall Testing TFS lead as well as TFS support for all Client & Market resources and demand
- Ro Wager will continue to support CD&O resources and demand but will support new locations (see details below)
- We will have 1 additional TFS resource to our team to support our recent growth for a total of four
- Welcome Amy Breshears (**official start date June 8th**) and Adriana Resendiz (started this week, will transition from Kilee/Ro through next week, **100% June 1st**) to our TFS team
- We will break out our CD&O TFS support by region/location
- You will receive hello/goodbye memos once the transition is complete
- Your current TFS is working on the details of the transition and will make this a seamless transition of support for you

**NEW! TFS supply/demand support as of 6/8**

| TFS Name | Career Track | Location |
|---|---|---|
| **Melissa McNab – NO changes** | Client & Market/Innovation & Thought Leadership | All |
| **Ro Wagner (East Coast) – Location updates** | Client Delivery & Operations | Boston<br>Hartford<br>New York<br>Philadelphia<br>Washing DC<br>Pittsburgh<br>Atlanta |
| **Adriana Resendiz (East/Central) – New team member resource transition as of June 1st** | Client Delivery & Operations | Austin<br>Dallas<br>San Antonio<br>Houston<br>Denver<br>Irvine<br>Los Angeles<br>Kansas City<br>Phoenix<br>San Francisc<br>Seattle<br>Salt Lake Cit |
| **Amy Breshears (Central/West) -- New team member resource transition as of June 8th** | Client Delivery & Operations | Charlotte<br>Cincinnati<br>Columbus<br>Indianapolis<br>Detroit<br>Tallahassee<br>Chicago<br>Tampa<br>Raleigh<br>St. Louis<br>Miami<br>Minneapol<br>Milwaukee |

*Julianne Castellani*
Senior Manager - Delivery Centers in North America
Testing Operations Lead – Global & NA
Performance Engineering Operations Lead
Indianapolis
Cell (317) 506-5834

**Bayat, Atila**

**From:** Castellani, Julianne
**Sent:** Tuesday, June 02, 2015 11:39 AM
**To:** Zhang, Yu D.; Chwala, Gabriel; Syed, Naseeruddin; Alam, J.; Rathbun, Linda O.; Arora, Prerna; Dastagir, ZM Golam; Hoque, Mazhar U.; Kosyak, Sergey V.; Rehana, Syeda; Zami, Farzad; Cornovan, Nicusor; Tongco, Edwin; Zia, Asif; Walton, Angelina; Huiswoud, Jason; Koindala, Anil; Samaga, Shridhar V.; Chung, D. A.; Kumar, Rupesh O.; Ogundiya, Michael; Vadla, Jayanth; Mercer, Karl L.; Omondi, Joseph; Bayat, Atila; Paul, Deepak; Weir, Michael C.; Bremer, Kenneth; Lamba, Rajwant S.; Moturi Taylor, P.; Perni, Rajendra; Patel, Hemen; Juvvadi, Sirisha; Jimada, Ramatu O.; Subramani, Murli; Jadav, Dipesh; Ballou, Larry; Nakazato, Carlos; Ananth, Raam P.; Derama, Jeric B.; Variava, Parin; Vijayan, Resmi; Anderson, J. A.; Shumakov, Yakov; Makkena, Padmavathi D.; Syed, Rashid; Neal, Travis; Meeker, Elizabeth; Kola, Suresh; Oduwole, Olufemi; Ibuot-Ekpo, Victoria; Davis, Franklin; Shah, Prakash C.; Valderrama, Esteban; Ahsan, Muhammad; Parmar, Harminder; Templemon, Syleesia; Yalagapalli, Sunil; Tran, Hung N.; Mistry, Ankit; Jakab, Ajay; Jenkins, Frederick V.; Ouden, Boyd F.; Privitere, Clayton; Emrey, Margaret; Kolla, Rajasekhar; Muktineni, Sabitha; Rowan, Denise H.; Green, Kristin; Bhattacharjee, P. C.; Kamalia, Neha; Sinjari, Ledio; Vasquez, Diana C.; Smanski, Philip J.; Momoh, Christopher; Najera, Alexandra; Negi, V. A.; Ng, Nathan M.; Osburn, Matthew; Osuna, Gorje; Shkan, George J.; Wang, Bor-Jiun; Safonova, Lyudmila A.; Bandara, Samendra; Pinsirikul, Johanna R.; Tran, Cindy A.; Patel, Shrijit; Cochran, Chastain; Patel, Yagneshkumar; Onomivbori, David; Seraj, Naseef; Reyes, Neftali G.; Naeem, Torri; Caballero, Gary M.; Hussain, Shaheen A.; Burgess, Carl B.; Anwar, Ahmed; Sangwan, Rajinder B.; Dharamrup, Jaishree; Auguste, Ricardo; Shamebo, Bitania; Baiye, Justus; Kudumula, Sireesha; Shandilya, Divya; Chinni, Bhavana; Caskey, Nicklaus; Deb, Lovely; Somon, Sazzad; Burgess Morris, T.; Pappala, Sridevi; Manzoor, Imran; Barron, Marcus; Tchoumi, Euphrasie; Yu, Mark; Kulam, Maswood M.; Pogrebnoy, Andrew; Ashaye, Adekola A.; Ahmed, Ansar A.; Eswary, Jeejamol; Hillman, Shelley; Stensgard, Aaron; Morris, Kourtnee; Hoffmaster, Kenneth; Ngo, Tuan; Cox, William; Benjamin, Torry D.; Foster, Robert A.; Narayanan, P.; Peacock, Jennifer; Durodola, Olalere; Profico, Daniel; Kotturu, Srinivas R.; Barry, Jonathan; Vazquez, Bernardo; Patel, Ujash; Soomro, Saleem; Gudur, Kavitha; Tan, Gayle; Brathwaite, Donelle; Dhillon, Sharandeep S.; Chithambaram, M.; Anandan, Venkat; Kashyap, Arti; Sakhuja, Ankur; Rahim, Joyar; Samala, Venkata; Thomas, Susan; Williams, Victoria; Ramanathan, Narayanan; McWhorter, Williem; Dong, Ashley; Sullivan, Karen; Thomas-Benge, III, I. H.; Wittman, Peretz; Acquaah, George P.; Tyson, Koya; Govani, Vijay; Ashadele, Olusegun; Woodard, Evelyn A.; Kennedy, Daniel P.; Pinkham, Jason; Khan, Feroz B.
**Cc:** McNab, Melissa; Wagner, Rokia; Breshears, Amy V.; Resendiz, Adriana
**Subject:** RE: Re-Sending -- Staffing Opportunity in Austin -- H&PS seeking ~20 FTE

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

If you have already replied to me (and your TFS) to say you are interested, you do NOT need to reply again. Thanks!

---

*Julianne Castellani*
Senior Manager - Delivery Centers in North America
Testing Operations Lead – Global & NA
Performance Engineering Operations Lead
Indianapolis

Cell (317) 506-5834

**From:** Castellani, Julianne
**Sent:** Tuesday, June 02, 2015 11:35 AM
**To:** Zhang, Yu D.; Chwala, Gabriel; Syed, Naseeruddin; Alam, J.; Rathbun, Linda O.; Arora, Prerna; Dastagir, ZM Golam; Hoque, Mazhar U.; Kosyak, Sergey V.; Rehana, Syeda; Zami, Farzad; Cornovan, Nicusor; Tongco, Edwin; Zia, Asif; Walton, Angelina; Huiswoud, Jason; Koindala, Anil; Samaga, Shridhar V.; Chung, D. A.; Kumar, Rupesh O.; Ogundiya, Michael; Vadla, Jayanth; Mercer, Karl L.; Omondi, Joseph; Bayat, Atila; Paul, Deepak; Weir, Michael C.; Bremer, Kenneth; Lamba, Rajwant S.; Moturi Taylor, P.; Perni, Rajendra; Patel, Hemen; Juvvadi, Sirisha; Jimada, Ramatu O.; Subramani, Murli; Jadav, Dipesh; Ballou, Larry; Nakazato, Carlos; Ananth, Raam P.; Derama, Jeric B.; Variava, Parin; Vijayan, Resmi; Anderson, J. A.; Shumakov, Yakov; Makkena, Padmavathi D.; Syed, Rashid; Neal, Travis; Meeker, Elizabeth; Kola, Suresh; Oduwole, Olufemi; Ibuot-Ekpo, Victoria; Davis, Franklin; Shah, Prakash C.; Valderrama, Esteban; Ahsan, Muhammad; Parmar, Harminder; Templemon, Syleesia; Yalagapalli, Sunil; Tran, Hung N.; Mistry, Ankit; Jakab, Ajay; Jenkins, Frederick V.; Ouden, Boyd F.; Privitere, Clayton; Emrey, Margaret; Kolla, Rajasekhar; Muktineni, Sabitha; Rowan, Denise H.; Green, Kristin; Bhattacharjee, P. C.; Kamalia, Neha; Sinjari, Ledio; Vasquez, Diana C.; Smanski, Philip J.; Momoh, Christopher; Najera, Alexandra; Negi, V. A.; Ng, Nathan M.; Osburn, Matthew; Osuna, Gorje; Shkan, George J.; Wang, Bor-Jiun; Safonova, Lyudmila A.; Bandara, Samendra; Pinsirikul, Johanna R.; Tran, Cindy A.; Patel, Shrijit; Cochran, Chastain; Patel, Yagneshkumar; Onomivbori, David; Seraj, Naseef; Reyes, Neftali G.; Naeem, Torri; Caballero, Gary M.; Hussain, Shaheen A.; Burgess, Carl B.; Anwar, Ahmed; Sangwan, Rajinder B.; Dharamrup, Jaishree; Auguste, Ricardo; Shamebo, Bitania; Baiye, Justus; Kudumula, Sireesha; Shandilya, Divya; Chinni, Bhavana; Caskey, Nicklaus; Deb, Lovely; Somon, Sazzad; Burgess Morris, T.; Pappala, Sridevi; Manzoor, Imran; Barron, Marcus; Tchoumi, Euphrasie; Yu, Mark; Kulam, Maswood M.; Pogrebnoy, Andrew; Ashaye, Adekola A.; Ahmed, Ansar A.; Eswary, Jeejamol; Hillman, Shelley; Stensgard, Aaron; Morris, Kourtnee; Hoffmaster, Kenneth; Ngo, Tuan; Cox, William; Benjamin, Torry D.; Foster, Robert A.; Narayanan, P.; Peacock, Jennifer; Durodola, Olalere; Profico, Daniel; Kotturu, Srinivas R.; Barry, Jonathan; Vazquez, Bernardo; Patel, Ujash; Soomro, Saleem; Gudur, Kavitha; Tan, Gayle; Brathwaite, Donelle; Dhillon, Sharandeep S.; Chithambaram, M.; Anandan, Venkat; Kashyap, Arti; Sakhuja, Ankur; Rahim, Joyar; Samala, Venkata; Thomas, Susan; Williams, Victoria; Ramanathan, Narayanan; McWhorter, Williem; Dong, Ashley; Sullivan, Karen; Thomas-Benge, III, I. H.; Wittman, Peretz; Acquaah, George P.; Tyson, Koya; Govani, Vijay; Ashadele, Olusegun; Woodard, Evelyn A.; Kennedy, Daniel P.; Pinkham, Jason; Khan, Feroz B.
**Cc:** McNab, Melissa; Wagner, Rokia; Breshears, Amy V.; Resendiz, Adriana
**Subject:** Re-Sending -- Staffing Opportunity in Austin -- H&PS seeking ~20 FTE

I'm re-sending this Austin opportunity message I originally sent on Friday, 5/29 as some did not receive. Let me and your TFS know immediately if you are interested.

Thanks!

*Julianne Castellani*
Senior Manager - Delivery Centers in North America
Testing Operations Lead – Global & NA
Performance Engineering Operations Lead
Indianapolis
Cell (317) 506-5834

**From:** Castellani, Julianne
**Sent:** Friday, May 29, 2015 6:01 PM
**To: Cc:** Wagner, Rokia; Resendiz, Adriana; Breshears, Amy V.; McNab, Melissa; Westrick, Kilee E.; Jain, Peyoosh (peyoosh.jain@accenture.com)
**Subject:** Staffing Opportunity in Austin -- H&PS seeking ~20 FTE

Hi – please see the thread below regarding immediate role opportunities in the Austin, TX delivery center including relocation assistance.

Reply back to me and your TFS immediately if you are interesting in discussing and/or pursuing this opportunity.

Thanks,
Julianne

*Julianne Castellani*
Senior Manager - Delivery Centers in North America
Testing Operations Lead – Global & NA
Performance Engineering Operations Lead
Indianapolis
Cell (317) 506-5834

**From:** Pasuvan, Sivaram
**Sent:** Friday, May 29, 2015 8:32 AM
**Subject:** H&PS seeking ~20 FTE for Austin DC from bench

Sandra –

As discussed yesterday, I am seeking support to transfer in 20+ resources (over and above the existing Austin bench) for H&PS CoE to meet the currently open needs (As well as forecasted additions).

Key points to note –
1. H&PS CoE will be open to locking these resources on a LT (12 months) commitment.
2. Our open roles are largely @ CL 9 to 12 for the following skill areas –
    a. PMO Analysts (PPSM skills, Accenture Methods/ Tools)
    b. Business Analysts (willingness to be BA in H&PS space and openness to travel to client locations once-a-while is important; Good communication skills is mandatory). People with deep functional testing experience but with a willingness to become BA would be good to have.
    c. Business Rules/ OPA Rules Developers (We need people with deep analytical skills; they will need to pass a written test administered by us; they will be trained by us and Oracle in this platform. People from our ATA group with prior knowledge of Rules Engines like DROOL, JRules etc., will be ideal).
    d. Tech. Arch (J2EE/ SOA)
3. We are open to upskilling people using our trainers and job shadowing program. In addition to the ongoing GDN incentive program for applicable cases, we will invest for the necessary H&PS trainings via CoE funds
4. We need resources to be relocating to Austin. We cannot accommodate travelers
5. We are open to GCP options but would prefer local hires as we already have a large GCP contingent and therefore would like to maintain balance

rgds

**Bayat, Atila**

**From:** Bayat, Atila
**Sent:** Tuesday, May 12, 2015 3:04 PM
**To:** Lee, Camille
**Subject:** RE: Response Needed

I can travel.
Atila

*Atila Bayat*
*Accenture Technology*
*One Financial Plaza*
*Hartford, CT 06103*
*Office: 860-756-2510*
*Email: atila.bayat@accenture.com*

---

**From:** Lee, Camille
**Sent:** Tuesday, May 12, 2015 3:03 PM
**To:** Ahsan, Muhammad; Issa, Ahmed; Julier, Ryan; Moloney, Patrick; Naeem, Torri; Spellman, Michael; Glory Mariya, Reshmi; Bayat, Atila; Marshall, Keith
**Subject:** Response Needed

Hi Everyone!

Please respond to this email and let me know whether you can or cannot travel for roles. Please note that we are first working to get you staffed locally.

Thanks so much!

*Camille P. Lee*

**Accenture**
**Location Field HR Lead - Hartford**
**Direct Dial: (860) 756-2608**
email: camille.lee@accenture.com

Check out our **NEW** self-service tools! Visit **North American PeopleLink**, or contact **PeopleLine at 800-432-2729** for your HR, Accounts Payable, T&E, Payroll, Facilities and RMS needs.

***Our core values:*** Stewardship - Best People - Client Value Creation - One Global Network - Respect for the Individual - Integrity

**Bayat, Atila**

**From:** Mir, Sarfraz
**Sent:** Tuesday, September 01, 2015 2:57 PM
**To:** Bayat, Atila
**Subject:** RE: Status updates for MyPerformance

Oct ~~??~~

You are good now. All done, tough crowd of CC, going after people who are on bench etc.....anyway, all is good and safe!!! Enjoy ☺
Good luck with Shell too, let me know how it goes.
Mir

**From:** Bayat, Atila
**Sent:** Tuesday, September 01, 2015 2:54 PM
**To:** Mir, Sarfraz <sarfraz.mir@accenture.com>
**Subject:** FW: Status updates for MyPerformance

Please note my former accomplishments, and see the flairs on my profile as well. I actually participated in 2 volunteer corp citizenship events, military recruit expo, and HS interview.

Thanks,
Atila

**From:** Bayat, Atila
**Sent:** Friday, August 14, 2015 3:14 PM
**To:** Mir, Sarfraz <sarfraz.mir@accenture.com>
**Subject:** Status updates for MyPerformance

And Manjunath Baker-

Mir,

Just a quick update on my status. I had discussion with Sarbamitra Barua and he is close to aligning me with a test program management project. More detail early next week.

1. I just concluded a two week training program on Worksoft Certify, an agile business process test platform.
2. Social network score – increasing. This is the 2nd quarter in which I reached the Expert level, 202 points at present.
3. I received Flairs – volunteer events, and the Big Data flair based on several training courses already completed.
4. I have been actively building my local network, having identified key players locally, and some out of town folks.
5. I have taken the Leadership assessment – results: my strengths were identified: influencer, equalizer
6. Needless to say I have joined numerous interesting PCs
7. Steadily learning more in Analytics and data science, in the digital space, and building on my test management curriculum.

Regards,

# Staffing/Scheduling Process

Individual updates current CV/Resume and skills in the myCV-Resume application

Client Team/Executives identify a need for a role on their project. The CSDS creates a role in myScheduling

Project team/ and/or TFS conduct a search for a candidate in myScheduling

and

Individual replies to role via myScheduling following role search

mySchedulng generates a list of candidates

Role contact/ executive, CSDS or Role Fulfillment Contact evaluate results

Identified resources' availability is confirmed with TFS

Individual is proposed to role via mySchedulng and proposed calendar entry is created

Individual is interviewed for the role if they are a potential fit for the role

**MATCH**

Individual's calendar is updated in the mySchedulng to show she is scheduled (a.k.a. booked)

Copyright © 2011 Accenture All Rights Reserved.

2–3 Days in office | Then Home – Work Remote – | Rokia Wagner – email –

**Bayat, Atila**

| | |
|---|---|
| **From:** | Westrick, Kilee E. |
| **Sent:** | Wednesday, February 25, 2015 2:16 PM |
| **To:** | Saiyed, Asma Jabeen; Lo, Pao; Cochran, Chastain; Patel, Yagneshkumar; Hossain, Sayed; Chung, D. A.; Shah, Nishita C.; Ogundiya, Michael; Vadla, Jayanth; Kumar, Rupesh O.; Revoori, Thirupathi; Somon, Sazzad; Bayat, Atila; Horne, Marquita; Patel, Pratik B.; Taylor, Gary L.; Green, Kristin; Mercer, Karl L.; Meeker, Elizabeth; Sims, Frederick R.; Dorsainvil, Karl D.; Sankar, Alvin; Omondi, Joseph; Ashadele, Olusegun; Paul, Deepak; Goverdhana, Ravali; Lance, Ashley; Lafferty, Neil; Patel, Umang J. |
| **Cc:** | Castellani, Julianne |
| **Subject:** | Meet your TFS! |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi –
Welcome to Accenture! I will be your new Talent Fulfillment Specialist (TFS) effective immediately. The purpose of this note is to introduce myself, and describe how I will support you going forward.

A LITTLE ABOUT ME
My name is Kilee Westrick and I am your new ATA Testing Talent Fulfillment Specialist. I have been with Accenture since 2010. Most recently, I have been part of the AD&I Technology Architecture TFS team. Prior to this, I have worked in Meeting and Events within Accenture Workplace Solutions.
On a personal note, I live in Milwaukee, WI. I enjoy warm WI summers, big family dinners, and cheering for the Green Bay Packers.

This is a picture of my boyfriend Sam and me.

As a reminder, as your Talent Fulfillment Specialist, I am responsible for managing the scheduling, or staffing, for you and all other individuals in the Testing resource pool. This means I will:
• Work to match you to the right staffing opportunities, balancing business needs with career development, personal development and personal needs.
• Interact with your People Advisor to remain connected on the holistic picture of your experience at Accenture.

- Identify and propose the right talent from this resource pool to fill open roles and meet people productivity targets.

So, in essence, I will be responsible for working with you on your staffing assignments and helping you on your career journey from the staffing perspective.

I look forward to working with you!

Kilee Westrick
Accenture
Talent Fulfillment Specialist, Testing – DCN Resources
Direct Dial: 414-212-1168
Lync and Email: kilee.e.westrick@accenture.com

***Check out our new*** self-service tools, **visit** North American PeopleLink, or
https://sites.accenture.com/publishing/NorthAmericaPeopleLink/Pages/default.aspx
or **contact** PeopleLine (800-432-2729)

*Our core values:* Stewardship - Best People - Client Value Creation - One Global Network - Respect for the Individual - Integrity

Accenture Security Operations Center – 202-728-0645
Security Breach

800-4322729 – ACN – Harassment Line.

AFS peopleline 855-397-1213

policy – 1001

**Bayat, Atila**

**From:** Human Resources <mailer@mailer.accenture.com>
**Sent:** Tuesday, March 03, 2015 10:19 PM
**To:** Bayat, Atila
**Subject:** Unassigned Responsibilities and Link to the Demand Report

Technology Delivery
Delivery Centers in North America

**To:** Unassigned Employees in the US

You are receiving this memo because as of the beginning of this week, your availability status shows as currently unassigned in myScheduling. If you are no longer available or there is an error in your myScheduling calendar, please ensure that you notify your Talent Fulfillment Specialist (TFS) and update your calendar in myScheduling ASAP - **https://myscheduling.accenture.com**.

In addition to the details outlined in the unstaffed memo from your Location Field HR Lead (Subject: Staying Busy While not on a Client Engagement - you can look up your Location Field HR Lead based on your office location here), below you will find reminders and information specific to the DCN.

Thank you!

**While on the bench, your primary responsibility is to find your next staffing assignment:**

- **Please set up time with your TFS to discuss staffing considerations given your Technical Specialization and Industry Specialization. Within Accenture Technology, we will staff according to the following principles:**
  - We will continue to focus on building technical skills via your platform (capability/specialty) and industry skills (where possible).
  - Career development needs and personal preferences will continue to be factored into each staffing decision.
  - For our Solutions Workforce employees, we will continue to focus on 'local' work as a key priority.
  - For our Services & Consulting Workforce employees, we will continue to focus on work that is housed inside one of our delivery centers as a key priority.
  - For our Apprentice pool employees, our goal will be to provide staffing flexibility across functional/technica specialization and industry. However, we will also look for opportunities to do "repeat" staffing (within functional/technical specialization and/or industry) where possible, to further build depth of skills.
- Review the **Open Demand Report** to identify potential roles. The Demand Report is posted weekly here or can use the "Download Open Roles in your Geography" in myScheduling.
- For reference during your role search - here is the **Workforce Equivalencty Chart:**

| Solutions Workforce | Consulting Workforce | Services Workforce | Career Level |
|---|---|---|---|
| Associate Software Engineer | New Analyst | Level F/G | 12 |
| Software Engineer | Analyst | Level F | 11 |
| Senior Software Engineer | Experienced Analyst | Level E | 10 |
| Systems Analyst | New Consultant | Level D | 9 |
| Senior Systems Analyst | Experienced Consultant | Level C | 8 |

- **WBS Element While Unassigned:** Please refer to your myTE tool to obtain the Unassigned WBS, which is

Ro 9/c back up

**Bayat, Atila**

PTO - No status - calls

**From:** Westrick, Kilee E.
**Sent:** Tuesday, March 03, 2015 9:43 AM
**To:** Olaleye, Kolawole; Gattu, Malini; Anderson, J. A.; Butler, Gary T.; Zhang, Yu D.; Singh, Puneet A.; Vedere, Harinath; Basham, Derwood G.; Seth, Amit; Patel, Sanjiv; Githinji, Boniface K.; Rathbun, Linda O.; Haynes, Charmiesha; Kosyak, Sergey V.; Pucci, Joliza; McLarty, Danekia; Doshi, Priyesh; Hydari, Saima; Chaudri, Rahul; Valiulla, Akib M.; Rana, Manzurul K.; Kotturu, Srinivas R.; Rehana, Syeda; Zami, Farzad; Lewis, Albert C.; Agarwal, Reshu; Tosanovic, Vesna; Lingaraju, Sushma; Sharma, Pankaj M.; Ramanathan, Narayanan; Wittman, Peretz; Samaga, Shridhar V.; Hossain, Sayed; Chung, D. A.; Saiyed, Asma Jabeen; Kumar, Rupesh O.; Revoori, Thirupathi; Somon, Sazzad; Ogundiya, Michael; Vadla, Jayanth; Patel, P. R.; Taylor, Gary L.; Green, Kristin; Mercer, Karl L.; Meeker, Elizabeth; Sankar, Alvin; Omondi, Joseph; Ashadele, Olusegun; Bayat, Atila; Horne, Marquita; Paul, Deepak; Patel, Umang J.; Lance, Ashley; Lafferty, Neil; Khanna, Pooja; Woodard, Evelyn A.; Nazim, Nisi; Correa, Damian; Pinkham, Jason; McWhorter, Williem; Patel, Viral A.; Isaacson, C. C.; Zaman, Mohammed A.; Martinez, Lorena A.; Noble, Aaron T.
**Subject:** Action Required: Testing Unassigned & Coming Available - Staffing Status Request

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**To:** Unassigned and Coming Available Testing Employees – If you are *not* coming available, please update your calendar to fall off 'Available' reports. As a reminder, you are required to review the action items (below) to understand your responsibilities

Key Responsibilities:–Prior to hitting 'unassigned' Schedule a meeting via Outlook to connect with me at any time to confirm your roll off.

1. Your primary responsibility is to find your next staffing assignment:

- **Maintain your myScheduling CV/Resume and Skills Inventory.** It is critical that you keep your resume up to date. TIP: my CV/Resume Best Practices on the myScheduling Help site.
- **Maintain your calendar roll-off dates, approved training and PTO dates via myScheduling.**
- **Remind your TFS of travel/relocation preferences.** As a reminder, these are your preferences only and are not a guarantee of considerations for your next staffing assignment.
- We will continue to focus on building skills, including Industry, (where possible), career development needs and personal preferences will continue to be factored into each staffing decision (where possible).
- **Search for roles and propose yourself through myScheduling** –
    - Open the new myScheduling
    - Click on Open Roles that have been recommended for you and apply. You are able to adjust your search for more options as well.
        - Click on select demographics criteria – chose the location(s) you are interested in
  - Once you have identified roles you are a match for, use **"Reply to Role"** to propose yourself to the role. All proposals must be submitted through myScheduling.Please talk with your TFS before proposing yourself to roles outside your workforce. There is also a short video you can reference on the media exchange on how to search and reply to roles in myScheduling.
- **Reach out to your network of colleagues** - including previous supervisors, career counselor, etc. to let them know you are currently unassigned and looking for your next staffing opportunity. Make sure you

keep your TFS in the loop (as your TFS is also proposing you to projects). *Your TFS approves all staffing assignments*. Please also remember to send a weekly update to your TFS while you are available on any networking opportunities you have in process.

2. Additionally, while unassigned, you will be responsible for the following activities:

- **Complete/Take advantage of training offered to you!** While unassigned, you should focus on completing the **required curriculum training courses** listed on your home page in myLearning that apply to your specific level/specialty area. See additional suggestions at bottom of email.
- **Time Reports:** Time Reports are due at noon CST (Central Standard Time) on the 15th and last day of the month (or the business day preceding that date if it falls on a weekend day). Please do not work more than 8 hours per day while you are unassigned. **Your time sheet reviewer should be your Career Counselor** while you are Unassigned. Please charge all of your time to the Unassigned WBS unless you are instructed otherwise by your TFS.
- **If you are charging time to 'unassigned WBS' and not PTO, you should be on-line and reachable. If you are gone for more than an hour, you need to put up an Out of Office and notify your TFS.**
- **It is expected that you are in the office 50% of the time you are on the bench**– Let your TFS know immediately if you are unable to go into the office.

**Link to Weekly NA Demand:**
https://ts.accenture.com/sites/NA_GDN_CaAT/Bench/Shared%20Documents/Forms/AllItems.aspx?RootFolder=%2Fsites%2FNA%5FGDN%5FCaAT%2FBench%2FShared%20Documents%2FWeekly%20Demand%20Report&FolderCTID=0x0120002C50CD6EB00E4942BF66B479CE8A3FD9&View={478554A2-F568-4342-BB75-19AA248EB163}

**Recommended items to review:**

## Accenture Agile CBTs

This is a key training if you are unfamiliar with Agile. Once you have completed training courses, remember to update your resume reflecting 'trained' proficiency. Agile Software Development: Introduction (2hrs)
https://mylearning.accenture.com/accenture/lang-en/management/LMS_ActDetails.asp?ActId=681721
Scrum Development Process (2hrs)
https://mylearning.accenture.com/accenture/lang-en/management/LMS_ActDetails.asp?ActId=898923

## Accenture Testing Community (KX) :

Everything testing:
https://kxsites.accenture.com/groups/testing/default.aspx
Testing Community Documents
https://kxsites.accenture.com/groups/Testing/documents.aspx
TCOE Mobilization Kit - Checklist and working documentation /best practices
https://kx.accenture.com/repositories/ContributionForm.aspx?path=C18/53/47&mode=Read

## Accenture ADM Information:

Even though we all about testing, almost every effort needs solid Project Management skills. The expectation will be to run all engagements like projects – so included please find links to the ADM for Testing and Project Management:
ADM For Testing:
https://kxsites.accenture.com/groups/test(KX)ing/default.aspx
ADM for Project Managers
https://methodology.accenture.com/core_prog_proj_mgt/#publish.port_prog_proj_mgt/guidances/roadmaps/PROGPROJ%20Home_D07F74E1.html
PPM Checklists -
https://methodology.accenture.com/perf_engineering/#base.management/guidances/supportingmaterials/ADM%20Quality%20Checklists%20for%20Program%20and%20Project%20Management_C8D6E0AE.html

## Accenture Delivery Tools (ADT) :

Tools needed to do your job:


**Bayat, Atila**

| | |
|---|---|
| **Subject:** | Career Discussion |
| **Location:** | Skype Meeting |
| **Start:** | Wed 9/7/2016 10:15 AM |
| **End:** | Wed 9/7/2016 10:45 AM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Castellani, Julianne |
| **Required Attendees:** | Bayat, Atila; Joseph, Diana |

Hi Atila,

I want to review your status and discuss next steps.

Thanks,
Julianne

→ Join Skype Meeting

This is an online meeting for Skype for Business, the professional meetings and communications app formerly known as Lync.

Join by phone

| | |
|---|---|
| +1 703 948 0488 (Sterling, United States) (15 Highest Use) | English (United States) |
| +1800 3003 7676 (India) (15 Highest Use) | English (United States) |
| +63 2 720 7300 (Manila, Philippines) (15 Highest Use) | English (United States) |
| +44 20 3335 5555 (London, United Kingdom) (15 Highest Use) | English (United Kingdom) |
| +39 0236005680 (Milan, Italy) (15 Highest Use) | English (United States) |
| +34 91 114 3650 (Madrid, Spain) (15 Highest Use) | English (United States) |
| +55 11 3130 0000 (Sao Paulo, Brazil) (15 Highest Use) | English (United States) |
| +54 114318 8600 (Buenos Aires, Argentina) (15 Highest Use) | English (United States) |
| +81 3 3588 4460 (Tokyo, Japan) (15 Highest Use) | English (United States) |
| +49 9281 925 3543 (Hof, Germany) (15 Highest Use) | English (United States) |
| +33 1 5323 3939 (Paris, France) (15 Highest Use) | English (United Kingdom) |
| +31 20 343 2734 (Amsterdam, Netherlands) (15 Highest Use) | English (United Kingdom) |
| +86 21 61577600 (Shanghai, China) (15 Highest Use) | English (United States) |
| +65 6603 2222 (Singapore, Singapore) (15 Highest Use) | English (United States) |
| +61 2 90052999 (Sydney, Australia) (15 Highest Use) | English (Australia) |

Find a local number

Conference ID: 60404916

Forgot your dial-in PIN? | Help

**Bayat, Atila**

**From:** Bayat, Atila
**Sent:** Wednesday, September 07, 2016 10:11 PM
**To:** Castellani, Julianne
**Cc:** Joseph, Diana
**Subject:** Meeting notes from Sept 7

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Julianne,

To follow up on our meeting, and report my notes of our conversation today;

Meeting minutes – my status

To summarize, you scheduled a call with me last evening for this morning with the topic of "Career discussion". In the body of the invite, to 'review status and discuss status next steps'. You opened the meeting that I did not have a role, and that it has been 40 days since I had a chargeable role ('40 days is coming a few days from now'). You stated that today on Sept 7, I have one week to find a role in Careers Marketplace (CM), and may look in CM until Sept 14. You stated that I should not go to Myscheduling to apply to any new roles. You stated I can continue to work on finding a role in CM, but that my last day would be Sept 16, and my last day to find a job in CM would be Sept 14.

After taking this in, Diana joined the call. I commented to begin with the subject of the call. I commented, Is this a career discussion, because it did not sound like a career discussion? Therefore I offered to start with my status and you said it was not necessary. I indicated I had a role interview on the afternoon of Sept 6. I supplied the names of the interviewers and the client from the list of myscheduling clients I had open applications with, namely, Fannie Mae, which is one from that list applications from August 29. I stated that they are considering me for the role, and will be contacting me today or tomorrow Sept 8.

Then I proceeded to discuss my status. I declared that I am a US Citizen. And as a follow up to our meeting on August 29, on the subject of 'next role', I mentioned I had a meeting about a role in mid-August in which the interviewers had asked me if I was an H1-B visa holder. I told them I was a US citizen, and they did not place me into the role. In my worksheet of roles I shared with you on August 29, I indicated that these roles were being filled by global careers program candidates, not US citizens. And this was one of those occasions in which the interviewers expressly asked me National status of origin. However, this has only happened a half dozen times to me, and I marked them on my worksheet since I was disqualified for being a US citizen, as my TFS explained to me, and she also explained I would never find out who was being placed into those roles. I have found out from other colleagues that these roles were being filled routinely by Indians from India, as I explained in the call with you today Sep 7. So as I explained today, my status report, it is clear that the majority of roles I did apply to have been filled or closed by Indians from India. I received notices about 5 closed roles, from the pool of 10 recent roles I applied to in this last week. Some of those roles were confirming and that means others were being selected and placed on them.

I also noted that I am a strong believer in diversity, much as Julie Sweet is on this subject in our corporate communications. I made this point emphatically, as I have been diligent and focused in my search to lock a role. The fact that a foreign national from India is taking precedence in a role is very concerning to me, and I am not oblivious to it. I mentioned that I will schedule a call with my local HR and EOE representative. Diana indicated that she would include the right HR person on a follow up call when available. I referred to Julie Sweet since she has broadcast much on this subject, and the way I am being disfavored out of these assignments.

Additionally in my status, I reported that if I were doing a survey, all of the account managers in my region (and I reside in this general region of Hartford and New England), I have found that all of the account managers in my office are from India. As I am not offering a survey, I got silence from you both from the fact that I reported my status that no account managers are placing me into roles from my region. In short, my status is that I am a US Citizen, most of the roles I applied for have gone to Indians from India, and all or the overwhelming majority of account managers here are from India, and they have not placed me in a role for these nearly 40 days as you reported that I have not been chargeable. I indicated that I also communicated to you, that I did chargeable work in the last 40 days, and that chargeable work was approved. You stated that it was not full time chargeable, and did not count. However, my local HR Region manager indicated these would count as such, and I offered to support that program voluntarily for JAG, Jobs for Americas Graduates early in August as she requested. I reported 30 hours of chargeable time over 3 weeks, which was approved in My Time & Expenses, and you have refused to acknowledge it.

Status. I indicated that I had 15 or 16 open applications, and 3 other roles I had identified in Myscheduling, and that is a lot of work to track. I repeated this as I had last week, I am able to perform the work tasks in all of those jobs. In fact, I had a 30% increase of application roles in myscheduling que just last week. This fact has been skewed by my Career Counselor (CC) Connie Price last week, my recently appointed Career Counselor, who has badly represented me in the Performance Achievement system. I explained I was being diligent in my search and reported that on the call with you. It also was skewed by my TFS Rokia Wagner, who claimed that there was an increasing number of people on the bench. I did not find any increase of employees on the bench over the past 2 weeks in Testing. You have asked me not to pursue those roles in Myscheduling. You also indicated not to apply for Liquid workforce roles, as I forwarded an example in an email.

At the end of the call, Diana supplied some detail about the severance package of 2 weeks. I indicated I was not informed about a deadline to secure a role within 30 days or else I would receive a layoff. My colleague from my last project has also the same timeline, and was not given a layoff. Diana Joseph stated that she would have an offline discussion with you Julianne regarding that timetable, around 2 or 4 weeks' severance from the last day of work Sept 16. Also, I have to enter my time in T&E next week Tuesday September 13. I received her email a minute after our call ended.

*Atila Bayat*
*Accenture Technology*
*One Financial Plaza*
*Hartford, CT 06103*
*Office: 860-756-2510*
*Email: atila.bayat@accenture.com*

Sent on Sep 07, 2016 - 9:10PM (US Central Time)

 **Atila Bayat <atila.bayat@gmail.com>**

## FW: Separation Package Materials - Atila Bayat - 11072674

2 messages

**atila.bayat@accenture.com** <atila.bayat@accenture.com> Wed, Sep 7, 2016 at 11:59 AM
To: atila.bayat@gmail.com

**From:** Joseph, Diana
**Sent:** Wednesday, September 07, 2016 10:45 AM
**To:** Bayat, Atila <atila.bayat@accenture.com>
**Cc:** Lee, Camille <camille.lee@accenture.com>
**Subject:** Separation Package Materials - Atila Bayat - 11072674
**Importance:** High

Hi Atila,

Per your discussion with Julianne Castellani, I wanted to provide you with the details around your Separation Package with your last working day is Wednesday, September 14th, 2016 . You will remain an employee in good standing and eligible for rehire. After your last day, you would be able to search for roles via our **Accenture Alumni Network** as well. You will also hear from the Career Services team to assist you with both your internal and external search.

Please refer to the attached Separation Package Materials zip file and Departure Task list for additional information.

**Summary of departure package components**

Refer to related documents: **1. Separation Benefits Plan and Summary Plan Description**

**Separation Package – Total = Two (2) weeks of Base Pay**

**Insurance/COBRA – One (1) month of subsidy; lump sum payment based on COBRA enrollment**

**Career Services – One (1) month executive participation on a Transition Program**

| Number of weeks of Severance Pay | 2 |
|---|---|
| Total Severance Pay (salary/52 multiplied by # of weeks) | $3,923.08 |
| | |
| Number of Months of Cobra | 1 |
| Cobra Payment Per month | $1,761.22 |
| *Total Cobra Payment (monthly amt x # of mths x 150%) | $2,641.83 |
| | |
| Amount of Lee Hecht Harrison pre-termination services | Up to 4 weeks |
| Eligible for transition support via Career Services | Yes |
| Amount of Lee Hecht Harrison post-termination services | 1-month full program |

**Career Services**

Refer to related documents **2. Lee Hecht Harrison Transition Program**

· Another benefit available to you in consideration for signing the Separation Agreement is participation in the Lee Hecht Harrison Transition Program. The program is designed to help departing employees prepare to move into new positions in other organizations.

· **Professional Full Service 1 Month Program:** Personal Career Coach, Job Leads, Job Market Connections, Resume Development, Interviewing Practice, 3000 SkillSoft Courses, Lifetime Consultant on Call.

Register online at www.lhh.com/register or call contact us at 888-205-5849

· **Access to Career Services:** Invitations to training sessions, Newsletter and Team Blog, External Job Leads email *(you will receive an email from na.careerservices)*

· **Accenture Alumni Network:** Full access as current employee and alumni

**Additional Questions**

Refer to related documents: **3. Separating Employee Frequently Asked Questions**

Please find the list of documents attached:

1 Month Full Service 8 through 13 Sr Cons and Below_2013
2015 Accenture LLP Below MD Separation Benefits Plan_Final
2016 How Termination Affects Your Benefits-Employees
Separating EmplFAQ_2015_FINAL

**Q If I sign the release, when and how do I receive my separation pay?**

A: Your separation pay generally will be paid to you in a lump sum in the next regular pay period *following the period in which you terminate*, **after you submit your signed Separation Agreement, after any applicable revocation period has**

**expired and you have satisfied all terms and conditions outlined in the plan.)** You will receive it as a direct deposit (if you are currently set up for that). If you are not set up for direct deposit, a check will be mailed to your home address. If your home address information changes in the interim, be sure to call **1-800-432-2729**

**Laptop Return**

· **Return CIO Assets to LTS - Can be returned during normal LTS office hours (8-5pm) – walk-in service, you do not need to make an appointment. You can work with Dom Mastro (domenic.m.mastro@accenture.com) or Fran Devita (francis.p.devita@accenture.com) if you have any questions.**

ü You are required to return all Accenture owned computer and peripherals (laptops, power cords, carrying case, token, cable lock, etc.) and Mobile Devices and related accessories (cell phones, air cards, chargers, batteries, etc.) assigned to you on or before your last day.

ü When returning equipment, LTS will fill out an electronic equipment return form. It is strongly recommended that you keep a copy of this completed form for your records as you are responsible for the return of your laptop and accessories. This is proof of your returned asset. Your computer and peripherals are the property of Accenture and contain its confidential and proprietary information.

-

**Benefits and COBRA**

-

· If you are currently enrolled in COBRA eligible benefits (medical, dental, and/or vision), you will be eligible for the COBRA benefit of the separation plan. You will receive the COBRA portion of the payment in the next regular pay period after you have enrolled in COBRA benefits.

· You are not eligible to receive the COBRA payment unless you enroll in COBRA benefits. For COBRA benefits questions, please call Accenture Benefits 1-877-332-2242. Please refer to your Separation Benefits Plan for COBRA eligibility.

· Your Benefits will run through the end of the month in which you term –***your benefits will run through 9/30/2016***

· **For any questions specific to your benefits – pls contact Accenture Benefits Center 1-877-332-2242 and select *0 to speak to a Representative** *(with regards to the 401K, FSA, HIPPA Notice indicating Benefits are ending – if you need to provide to an new employer)*

· I have also attached the **2016 How Termination Affects Your Benefits** in the zip file – for any specific questions re: your benefits, 401k you can contact the Benefits Ctr directly.

**Time Reports**

-

· **If you reside in CT, Accenture is required to pay employees their last pay check on the day after their last day worked, which would be Friday, September 16th, 2016**

· **This means your time report needs to be submitted one day early by Tuesday, September 13th by 10am CST to give payroll enough time to pay your 9/15 time reports and outstanding PTO balance Friday, September 16th, 2016..**

· **All PTO will be paid out in your last paycheck (even above the 240 if your balance exceeds that threshold for MA residents)**

- For any Payroll Questions: ***1-800-432-2729 and select the payroll option – you will receive your last Earnings Statement in the mail since you will no longer have access to myEarnings after your last day. Pls allow 7-10 business days after your pay date to receive your paper statement in the mail.***

Thank you!

---

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the e-mail by you is prohibited. Where allowed by local law, electronic communications with Accenture and its affiliates, including e-mail and instant messaging (including content), may be scanned by our systems for the purposes of information security and assessment of internal compliance with Accenture policy.

---

www.accenture.com

---

**4 attachments**

**2015 Accenture LLP Below MD Separation Benefits Plan_Final.pdf**
302K

**2016 How Termination Affects Your Benefits-Employees.pdf**
290K

**Separating EmplFAQ_2015_FINAL.doc**
55K

**1 Month Full Service 8 through 13 Sr Cons and Below_2013.pdf**
385K

---

**Atila Bayat** <atila.bayat@gmail.com> Wed, Sep 7, 2016 at 12:17 PM
To: Bill Steckler <lixandroiu@me.com>

[Quoted text hidden]

---

**4 attachments**

**2015 Accenture LLP Below MD Separation Benefits Plan_Final.pdf**
302K

**2016 How Termination Affects Your Benefits-Employees.pdf**
290K

**Separating EmplFAQ_2015_FINAL.doc**
55K

**1 Month Full Service 8 through 13 Sr Cons and Below_2013.pdf**
385K

**Bayat, Atila**

**Cc:** atila.bayat@gmail.com
**Subject:** Separation letter received 9/14

Debra L. Giesen
Executive Director HR – North America

Dear Debra,

I respectfully received the separation letter. I respect you and all employees, and thank you for your executive support and supervision.

But the truth about this issue is that first, I am a US citizen and obligated to support the US Government as a citizen, and that is what it means to be a US citizen; to pay taxes and support the US Military (as I had last year in our military recruitment effort in which veterans were hired), and our government. Without such institutions, we cannot live, and that is why we have freedom in the world, and why we make the effort to protect the world. That is what my life is about, and that is what I teach my kids. All of my friends in the same situation as myself as Americans, we support our Government. You can dislike me, which is fine, but you broke the law in a brutal way against me. And if you and all executive people in Accenture are against supporting Americans, I am going to continue to complete all of my discrimination reports, and take it to a higher level. It looks to me like you can do this discrimination against any US citizen, which means you disrespect American law and American policy. You cannot discriminate against me, as a US private citizen, as I reported directly on this to Jennifer Hanna in HR September 13, and my concerns to leadership on August 29, and September 7 2016 to my Senior Manager. Now this document appears in my hand today is the clear meaning of retaliation against me.

The chief counsel at Accenture Julie Sweet, who is now the chief executive of North America (who I referenced in correspondence in high esteem for the diversity efforts she has raised with my senior manager), made vividly clear when I joined Accenture in February 2015, that there would be no retaliation against individuals when reporting a concern. As soon as I raised the incidents, these actions followed, your separation letter today on September 14, 2016.

Yours very truly,
Atila Bayat

*Atila Bayat*
*Accenture Technology*
*One Financial Plaza*
*Hartford, CT 06103*
*Office: 860-756-2510*
*Mobile: 718-813-5628*
*Email: atila.bayat@accenture.com*
*Atila.Bayat@gmail.com*
*<timestamp>*

**Bayat, Atila**

**From:** Bayat, Atila
**Sent:** Thursday, September 01, 2016 11:34 AM
**To:** Castellani, Julianne
**Cc:** Price, Connie; Wagner, Rokia
**Subject:** RE: Follow-up

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Thanks Julianne,
I am continuing follow ups on all of these roles. The only note was the part time chargeable role in which I performed about 30 hours on over the last three weeks. This was in parallel with the role searches....
Atila

**From:** Castellani, Julianne
**Sent:** Monday, August 29, 2016 5:21 PM
**To:** Bayat, Atila <atila.bayat@accenture.com>
**Cc:** Price, Connie <connie.price@accenture.com>; Wagner, Rokia <rokia.wagner@accenture.com>
**Subject:** Follow-up

Hi Atila,

Nice talking with you today. I want to re-cap our conversation.

As discussed, it has been roughly 30 days since you have been staffed on a chargeable opportunity. We are continuing to propose you for all open chargeable roles where there is a skill match and it is expected that you will secure a role with a duration of 1+ months. Please consider all eligible roles as they come available and continue to review open demand in myScheduling daily. If we are unable to find a chargeable opportunity within the coming weeks, we will schedule another call to determine other options for your career which may include a transition within or outside of Accenture.

If you are interested in exploring what other positions are available to transition within Accenture, please visit the Careers Marketplace to both view open positions and tools and resources to assist with a successful transition. Continue to use myScheduling to understand staffing opportunities for your current position.

Stay diligent to follow-up on roles, including those we discussed...

1) Regeneron
2) Anthem
3) FHLM
4) EMC
5) Fannie Mae
6) BoA

Please keep Ro informed on roles in which you are interested.

Thanks,
Julianne

*Julianne Castellani*
Senior Manager - Testing
Operations Lead - Testing, Performance Engineering & Middleware
Indianapolis
Cell (317) 506-5834

**Bayat, Atila**

**From:** Bayat, Atila
**Sent:** Wednesday, September 07, 2016 9:14 AM
**To:** Price, Connie
**Cc:** Lee, Camille; Joseph, Diana
**Subject:** CC Meeting

Connie,

From last week, I am still awaiting some updated feedback from you in my Performance Achievement. This is important to me for the purposes of Performance Achievement, and having you to represent me in year-end talent discussions.

To summarize our discussion from last Monday, I followed up that I am available to travel to work on a remote site as needed. I understand that you do not have a role for me and that you have a large contingent of offshore workers in your project, or exclusively offshore that you lead. While you are not placing me on a role, you indicated in Performance achievement that I am having trouble getting in a role, while you are not placing me in a role. To clarify, when I accepted to start immediately in my last Cigna assignment, it was known and expected to go through the end of September and not less than that. Now that particular role assignment, as I explained in Julianne's call, ended prior to Oct 1 due to Department of Justice litigation, not me. You also make it appear that I would have trouble getting a role with your negative feedback in Performance Achievement as well. I think I can get any role I applied for in Myscheduling, and it concerns me that you put in negative feedback in Performance Achievement to obstruct me from getting any role in my list. In my discussion with leadership, in which you were present, I clearly stated that I can work in any of the roles I applied and identified in Myscheduling, contrary to your feedback.

Another item to summarize from our conversation Monday, you said that Kelly Rover was in agreement with Kyra McGhees' negative feedback in my Performance Achievement. Is that really true?

Additionally, I in fact completed the training NEW IT Conversant, the first week of August. That is marked as not completed by you.

I am beginning to discern a pattern here in which my colleague tells me "you are a valued employee" and records the contradictory opposite in performance achievement. I am sure that was not the intention of introducing this new platform – Performance Achievement

Yours truly,
Atila

*Atila Bayat*
*Accenture Technology*
*One Financial Plaza*
*Hartford, CT 06103*
*Office: 860-756-2510*
*Email: atila.bayat@accenture.com*

Sent on Sep 07, 2016 - 8:13AM (US Central Time)

**Bayat, Atila**

| | |
|---|---|
| **From:** | Bayat, Atila |
| **Sent:** | Wednesday, September 07, 2016 9:55 PM |
| **To:** | Contreras, Uriel |
| **Subject:** | RE: Follow up on the interview with Common Securitization |

Uriel,
Did you speak with my TFS yesterday about my interview?
Atila

**From:** Contreras, Uriel
**Sent:** Wednesday, September 07, 2016 4:44 PM
**To:** Bayat, Atila <atila.bayat@accenture.com>
**Subject:** RE: Follow up on the interview with Common Securitization

Hello Atila

Hope you doing fine

Thanks a lot for your time. I just came from a quick meeting with the client and he wants to continue interviewing resources for the role and would like to pass on you.

Thanks for your time and we will keep you in the Loop for future roles.

Thanks again

Uriel Contreras
Mobile: 704-726-8602

**From:** Bayat, Atila
**Sent:** Wednesday, September 7, 2016 4:41 PM
**To:** Contreras, Uriel <uriel.contreras@accenture.com>
**Subject:** Follow up on the interview with Common Securitization

Uriel,

Thank you for the interview on the testing role at Fannie Mae and CSS with Hari. I appreciate the fast turnaround, and the insights Hari provided about the project.

I remain available for the role.

Regards,
Atila

*Atila Bayat*
*Accenture Technology*

*One Financial Plaza*
*Hartford, CT 06103*
*Office: 860-756-2510*
*Email: atila.bayat@accenture.com*

Sent on Sep 07, 2016 - 3:40PM (US Central Time)

**From:** Bayat, Atila
**Sent:** Wednesday, September 7, 2016 4:41 PM
**To:** Contreras, Uriel <uriel.contreras@accenture.com>
**Subject:** Follow up on the interview with Common Securitization

Uriel,

Thank you for the interview on the testing role at Fannie Mae and CSS with Hari. I appreciate the fast turnaround, and the insights Hari provided about the project.

I remain available for the role.

Regards,
Atila

*Atila Bayat*
*Accenture Technology*
*One Financial Plaza*
*Hartford, CT 06103*
*Office: 860-756-2510*
*Email: atila.bayat@accenture.com*

Sent on Sep 07, 2016 - 3:40PM (US Central Time)

**Bayat, Atila**

**From:** Contreras, Uriel
**Sent:** Thursday, September 08, 2016 7:46 AM
**To:** Bayat, Atila
**Subject:** RE: Follow up on the interview with Common Securitization

Hello Atila

Hope you doing fine

Rokia contacted me and told her about the client decision.

Please let me know if any questions

Thanks in advance

Uriel Contreras
Mobile: 704-726-8602

**From:** Bayat, Atila
**Sent:** Wednesday, September 7, 2016 9:55 PM
**To:** Contreras, Uriel <uriel.contreras@accenture.com>
**Subject:** RE: Follow up on the interview with Common Securitization

Uriel,
Did you speak with my TFS yesterday about my interview?
Atila

**From:** Contreras, Uriel
**Sent:** Wednesday, September 07, 2016 4:44 PM
**To:** Bayat, Atila <atila.bayat@accenture.com>
**Subject:** RE: Follow up on the interview with Common Securitization

Hello Atila

Hope you doing fine

Thanks a lot for your time. I just came from a quick meeting with the client and he wants to continue interviewing resources for the role and would like to pass on you.

Thanks for your time and we will keep you in the Loop for future roles.

Thanks again

Uriel Contreras
Mobile: 704-726-8602

**Bayat, Atila**

**From:** Bayat, Atila
**Sent:** Wednesday, August 31, 2016 5:17 PM
**To:** Price, Connie
**Subject:** Performance Achievement reflection

Connie,

Based on the recent feedback I received from the Pinnacle team, I would like you to make an adjustment of the comments you supplied that I read today, which I believe are contrary to my efforts on that project.

Second, based on the conversation I had with you on Monday regarding our initial Performance Achievement discussion, you clearly stated to me that there was positive feedback regarding me. I did not find that in your assessment that I read today in the Performance achievement system.

I wonder, since it is hard to get to know everybody in the company, that maybe you overlooked or mistook something. I am sure in past conversation I discussed with you that I am an experienced hire at Accenture with some 18 years' experience in many technical fields, amongst a wide array of clients.

As far as the negative comments I received from Kyra McGhee, I think I can shed light about. I asked her early in the project about adding an additional resource to our multiple work streams. It turns out, she was doing some work outside of office hours, and she was working several days in the late midnight hours and weekends. The initial observation to me was that there was either a time management issue on her part, or the scope was too wide for the office day. She nor the client requested us to work overtime. She was not pleased that I did not voluntarily do overtime because she was, and that she did not request that I do overtime. However, she worked extra hours and I did as well. There was no overtime compensation (for me at least) for the extra hours I worked on a Sunday morning to do extra work that was of greater scope than could be completed in the time that was considered adequate. This work was sized and time boxed without conferring with me about what the best estimate was.

Please let me know if you will go ahead and make corrections or adjustments today, before I enter my reflections, as you requested.

Thank you,
Atila

*Atila Bayat*
*Accenture Technology*
*One Financial Plaza*
*Hartford, CT 06103*
*Office: 860-756-2510*
*Email: atila.bayat@accenture.com*

Sent on Aug 31, 2016 - 4:16PM (US Central Time)

**Bayat, Atila**

**From:** Bayat, Atila
**Sent:** Wednesday, August 31, 2016 4:17 PM
**To:** Rover, Kelly M.
**Subject:** Re: Pinnacle feedback

Thanks Kelly!

Sent from my iPhone

On Aug 31, 2016, at 4:02 PM, Rover, Kelly M. <kelly.m.rover@accenture.com> wrote:

I'm sorry. I can't send emails from Cigna to Accenture for the Pinnacle project since it is strictly confidential.

Connie – The Accenture team as a whole met and exceed expectations for the client for this work. We were able to stand up a team with very short notice, get up to speed quickly, and begin working on project deliverables. Our team was 30+ days ahead of the other company's QA team in our joint test planning efforts. Cigna leadership, including Eric Jaffe, recognized and thanked us for our efforts.

Thanks.
Kelly

Kelly Rover
Accenture – H&PS
Cell: 314.753.2214
Email: kelly.m.rover@accenture.com

**From:** Bayat, Atila
**Sent:** Wednesday, August 31, 2016 3:35 PM
**To:** Rover, Kelly M. <kelly.m.rover@accenture.com>
**Cc:** Price, Connie <connie.price@accenture.com>
**Subject:** Pinnacle feedback

Kelly,
Please forward a copy of the client director feedback (Eric Jaffe) on our team performance and engagement at Pinnacle to my cc, Connie. I read in one/two messages his appreciation of our teamwork and work performance, not just on our conference call. I do not have that original email and want to share it to my cc's attention. And please copy me on the same.

Thank you very much,
Atila

*Atila Bayat*
*Accenture Technology*



**Local Technology Services**
**Equipment Return Form**

**Instructions:** Please complete all fields on this form in legible handwriting and also confirm name and personnel number. **Check asset management system by name or personnel number to ensure collection of all assigned assets.** This form must be faxed and will be referenced by other teams for processing. Once completed, please send via fax to 210-568-6552 or email to US.ERM.ALL@accenture.com. **Note: Until the PC is returned to LTS it will remain outstanding and considered unreturned by the employee.**

**Enterprise ID:** atila.bayat **Personnel #:** 11072674

**Is there a Legal Hold Notice for this person/data?** ______

| **Technology and Mobile Device Equipment Information** | | | |
|---|---|---|---|
| **Laptop/Desktop Description Make/Model** | | **Asset Tag** | **Serial Number** |
| HP Probook 430 G1 | | | CI8 2119375 |
| **List any missing components:** | **Cost** | **Returned Y/N?** | **Comments** |
| — | | | |
| | | | |
| | | | |
| **Mobile Device Description Make/Model** | | **IMEI/ESN** | **Mobile Device Phone #** |
| — | | | |
| **Accessory Checklist** | | **Returned Y/N?** | **Comments** |
| • Battery, Power cord and/or AC Adaptor or any additional accessories* | | | |
| **Services** | | **Complete Y/N?** | **Comments** |
| • Confirm Device has been wiped | | | |
| • Is the number being ported out? If not, has service been suspended in Tangoe? | | | |

* Not all employees will have been issued one of these.

**PC Returned By:** Atila Bayat (Please Print) [signature] (Signature) Sept. 14, 2016 (Date)

**Received By (LTS):** ______ Please Print ______ Signature ______ Date

**Contact Information (email or phone#):** ______

**Received By (PM):** ______ Please Print ______ Signature ______ Date

**Contact Information (email or phone#):** ______

**Project Managers:** This asset MUST be returned to LTS in a timely manner in order for the asset management system to be properly updated for the terminating employee. If this is a project owned PC, please contact LTS to update the asset management system and to unassign from the terminating employee.

**For Contractors:** Please provide a copy of this form to the project mananger for their records. No need to fax.

**This form serves as your receipt and confirmation that your technology equipment was returned to Accenture. Please keep for your records.**

Appendix 1-

**Bayat, Atila**

**From:** Hanna, Jennifer L.
**Sent:** Thursday, September 08, 2016 12:45 PM
**To:** Bayat, Atila
**Subject:** RE: Concerns Raised

Ok thank you – will propose a time for Tuesday then.

*Jennifer*

**Jennifer L. Hanna, SPHR, SHRM-SCP**
**Accenture Human Resources**
**North America Employee Relations**
**Tel: 312-693-0092**
**Fax: 312-652-1877**
**Email: jennifer.l.hanna@accenture.com**
**Lync: Jennifer L. Hanna**

***Check out our new*** self-service tools, **visit** NA PeopleLink **or contact** PeopleLine (800-432-2729) to support your HR, Accounts Payable, T&E, Payroll, Facilities and RMS needs.

***Benefits questions*** can be directed to the Benefits Center (877-332-2242) or can be found on the US Benefits site on the Portal.

Our core values: Stewardship - Best People - Client Value Creation - One Global Network - Respect for the Individual - Integrity

**From:** Bayat, Atila
**Sent:** Thursday, September 08, 2016 11:45 AM
**To:** Hanna, Jennifer L. <jennifer.l.hanna@accenture.com>
**Subject:** RE: Concerns Raised

No, I meant next Tuesday 9/13

**From:** Hanna, Jennifer L.
**Sent:** Thursday, September 08, 2016 12:44 PM
**To:** Bayat, Atila <atila.bayat@accenture.com>
**Subject:** RE: Concerns Raised

Hi Atila,

Thank you for your reply. Just wanted to confirm that you meant to schedule for 9/20?

Thank you,

*Jennifer*

**Jennifer L. Hanna, SPHR, SHRM-SCP**
**Accenture Human Resources**
**North America Employee Relations**
**Tel: 312-693-0092**
**Fax: 312-652-1877**
**Email: jennifer.l.hanna@accenture.com**
**Lync: Jennifer L. Hanna**

***Check out our new*** self-service tools, **visit** NA PeopleLink **or contact** PeopleLine (800-432-2729) to support your HR, Accounts Payable, T&E, Payroll, Facilities and RMS needs.

***Benefits questions*** can be directed to the Benefits Center (877-332-2242) or can be found on the US Benefits site on the Portal.

Our core values: Stewardship - Best People - Client Value Creation - One Global Network - Respect for the Individual - Integrity

-----Original Appointment-----
**From:** Bayat, Atila
**Sent:** Thursday, September 08, 2016 11:39 AM
**To:** Hanna, Jennifer L.
**Subject:** New Time Proposed: Concerns Raised
**When:** Friday, September 09, 2016 2:30 PM-3:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Skype Meeting

Jennifer,
Friday will not work for me. I have a lot of extra tasks this week since I am getting a lay off.
Atila

**Bayat, Atila**

**To:** Hanna, Jennifer L.
**Cc:** Lee, Camille; atila.bayat@gmail.com
**Subject:** Discussion report to HR September 13 - my recollection of the discussion

Dear Jennifer,

Thank you for having this discussion with me, and receiving the initial details I reported, which were intended originally for my local region HR. Diana Joseph had directed my request to you, when Camille was not available. I have shared some of this information already today with Camille Lee.

I opened this discussion with Jennifer Hanna about the communications I had with Julianne Castellani about the 30 day and 40 day discussions and emails I received. I reported an incident on August 29 to Julianne Castellani on our call with regard to the H1B and global careers programs candidate and my interview on August 12 with a certain team, and this was in regard to an interview I had with colleagues. This was a status report call with Julianne scheduled August 25 for Monday August 29. . I told Julianne I had an interview mid-August in my report of status. The colleagues asked me if I was an H1B visa holder at the interview. When I told them I was a US citizen, they did not want to proceed with the interview. I told Jennifer Hanna I had about a half dozen of these encounters at Accenture. I pushed very hard to get that interview, and pressed hard to have a full interview when they demonstrated reluctance due to my national origin, and there was extreme resistance going forward with it.

I asked Jennifer Hanna if she would take the names of the folks that interviewed me in the interview for the Liberty Mutual client. She said she did not need them, and that she could get them from Rokia Wagner, my TFS. I asked additionally if I should give her the account managers that were the other main subject of this discrimination call. She did not take them down. I proceeded to read at least 10 names at this point. She adamantly insisted that leadership and HR were applying the rule of laying off employees consistently. She corrected her position instantly when I disagreed with her, she got testy at me when I disclosed that I know for a fact that the rule is not applied consistently, and then she admitted that there are reasons that some individuals are extended longer that 40 days. These are unwritten rules that are not disclosed to employees like myself at accenture, certainly not in an HR handbook nor did my recruiter advise me about this before I joined the company. I was surprised, and did not proceed to ask her.

But the subject of my concerns was about Discrimination. As I began to contest her statement about laying off employees consistently, we got into a minor verbal dispute, speaking over each other, and she held, "can I finish talking". I had another 5 incidents to report about discrimination, but she did not take down the first effectively or seriously, that I see that she favors the admonition of leadership prior to the account of an employee. We did not complete the discussion, as in my follow up request from Friday through Diana Joseph, which was referred to her by Diana Joseph.

The impression I got from meeting with her is that at Accenture there was no point in raising the question of discrimination in the first place. Her account is that Accenture leadership, my senior manager in leadership and my TFS, and CC could not have any part in wrongdoing. This is the reason why I was calling her. There is wrongdoing, those are my concerns, and that is what in fact I am reporting, and that is why I called her, and requested to speak with her. The question remains, why my senior manager, Career Counselor, and TFS did not put me on a project for 40 days, when I consistently applied and requested to be on projects.

She also adamantly claimed that my interviewers were in the right, and could qualify and disqualify me for an interview based on my national origin. I am sure that is not the policy at Accenture that I have read, and the majority of corporations in this hemisphere.

Yours truly,
Atila Bayat

*Atila Bayat*
*Accenture Technology*
*One Financial Plaza*
*Hartford, CT 06103*
*Office: 860-756-2510*
*Email: atila.bayat@accenture.com*
*<timestamp>*