UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ATILA BAYAT | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) NO. 3:18 CV 1602 (VAB) |
| | ) |
| vs. | ) |
| | ) |
| ACCENTURE CORPORATION, LLC | ) |
| | ) |
| Defendant. | ) OCTOBER 24, 2018 |
| | ) |

**DEFENDANT ACCENTURE LLP'S MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND**

Defendant Accenture LLP (incorrectly named as Accenture Corporation LLC) ("Accenture") hereby moves this Court for an extension of time within which to answer or otherwise respond to Plaintiff Atila Bayat's Complaint.  In support of its motion, Accenture states as follows:

1. Bayat filed his Complaint against Accenture on September 24, 2018.

2. The Summons and Complaint were served on Accenture's registered agent on October 10, 2018.

3. Accenture received a copy of the Summons and Complaint from the registered agent on October 15, 2018.

4. Accenture's deadline to answer or otherwise respond to the Complaint is currently October 31, 2018.

5. The Complaint is 36 pages and includes extensive allegations involving numerous Accenture employees that date back to early 2015.

6. Accenture will require additional time to inquire regarding the allegations and legal theories asserted in the Complaint and to adequately prepare a response to the Complaint.

7.     Accenture is proceeding diligently in assessing the Complaint, and the need for additional time to complete this assessment and to prepare a response is good cause for an extension of the deadline to answer or otherwise respond to the Complaint.

8.     In light of the foregoing, Accenture respectfully requests that the Court grant it a 21-day extension of time, through and including November 21, 2018, within which to answer or otherwise respond to the Complaint.

9.     On October 19, 2018, counsel for Accenture left a voice message for Bayat inquiring whether Bayat would agree to or object to this request.  On that same date, counsel for Accenture sent an email message to Bayat inquiring regarding the same.  Counsel has not received a response from Bayat.

10.    This is Accenture's first request for an extension of time to answer or otherwise respond to the Complaint and is not interposed for purposes of delay.

WHEREFORE, Defendant Accenture requests that this Court enter an Order allowing it additional time, through and including November 21, 2018, within which to answer or otherwise respond to the Complaint.

Dated: October 24, 2018                  DEFENDANT ACCENTURE LLP


By:     /s/ *Johanna S. Katz*
        Johanna S. Katz (ct29907)
        Joshua A. Hawks-Ladds (ct09446)
        Pullman & Comley, LLC
        90 State House Square
        Hartford, CT 06103
        Telephone: (860) 424-4300
        Facsimile:  (860) 424-4370
        E-mail: jhawks-ladds@pullcom.com
        Its Attorneys

Daniel J. Fazio (*pro hac vice* application forthcoming)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
DFazio@winston.com


B. Aubrey Smith (*pro hac vice* application forthcoming)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-4758
Fax: (212) 294-4700
BASmith@winston.com

## <u>CERTIFICATION</u>

I hereby certify that on October 24, 2018, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Johanna S. Katz* _____
Johanna S. Katz
Joshua A. Hawks-Ladds
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
Telephone (860) 424-4320
Facsimile (860) 424-4370
jkatz@pullcom.com
Its Attorneys