UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ATILA BAYAT,<br><br>                Plaintiff,<br><br>vs.<br><br>ACCENTURE CORPORATION LLC,<br><br>                Defendant. | )<br>)  CIVIL ACTION<br>)  NO. 3:18-CV-01602-VAB<br>)<br>)<br>)<br>)  OCTOBER 24, 2018<br>)<br>)<br>) |

## **DEFENDANT ACCENTURE LLP'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Accenture LLP (incorrectly named as Accenture Corporation LLC) ("Accenture") makes the following disclosures:

Accenture is not a publicly-held corporation or other publicly-held entity and no publicly-held corporation or other publicly-held entity owns 10% or more of its stock.  No other publicly held corporation or other publicly held entity has a direct financial interest in the outcome of the litigation.

Accenture has two partners: Accenture Inc. and Accenture LLC.  Accenture LLP is an indirect subsidiary of its parent, Accenture plc.

Dated: October 24, 2018                DEFENDANT ACCENTURE LLP

                                            By:    /s/ Johanna S. Katz
                                                    Joshua A. Hawks-Ladds (ct09446)
                                                      Johanna S. Katz (ct29907)
                                                      Pullman & Comley, LLC
                                                      90 State House Square
                                                      Hartford, CT 06103
                                                      Telephone: (860) 424-4300
                                                      Facsimile:  (860) 424-4370
                                                      E-mail: jhawks-ladds@pullcom.com
                                                      Its Attorneys

Daniel J. Fazio (*pro hac vice* application forthcoming)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
DFazio@winston.com


B. Aubrey Smith (*pro hac vice* application forthcoming)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-4758
Fax: (212) 294-4700
BASmith@winston.com

## **CERTIFICATION**

I hereby certify that on October 24, 2018, a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ *Johanna S. Katz*
Johanna S. Katz
Joshua A. Hawks-Ladds
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
Telephone (860) 424-4320
Facsimile (860) 424-4370
jkatz@pullcom.com
Its Attorneys

ACTIVE/77755.1/JKATZ/7749964v1