UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ATILA BAYAT,<br><br>                    Plaintiff,<br><br>     v.<br><br>ACCENTURE CORPORATION LLC,<br><br>                    Defendants. | Civil No. No. 3:18-01602-VAB |

**PLAINTIFF'S MOTION TO CONSOLIDATE**

**Cross-filed in *Walker v. Accenture LLP*, No. 3:19-00888-JAB (D. Conn.)**

Pursuant to Fed. R. Civ. P. 42(a) and Local Rule 7, Plaintiff Atila Bayat, joined by Plaintiff Mathew Walker, moves to consolidate the instant case with *Walker v. Accenture LLP*, No. 3:19-00888-JAB (D. Conn.), which is also pending in this Court, before the Honorable Janet Bond Arterton. Plaintiff Walker is joining this request by concurrently filing a motion for consolidation in the *Walker* action. If consolidation is granted, counsel for Mr. Walker will assume representation of Mr. Bayat, and the Plaintiffs will move to file a consolidated amended complaint. In the consolidated amended complaint, Mr. Bayat will assert pattern-or-practice claims on behalf of a class and will serve as a class representative going forward.

Consolidation is warranted because the cases present the same facts and legal issues. Mr. Walker and Mr. Bayat were both were victims of Accenture's pattern-or-practice of discrimination, which favors South Asian individuals when staffing positions within certain divisions at the company.

**ORAL ARGUMENT REQUESTED**

And consolidation is the most efficient course for both cases and would better serve the ends of justice. Because the Walker action will proceed whether or not Mr. Bayat can join, consolidation would prevent substantial duplicative work in discovery, motions practice, and trial. This would save time and money for the parties and the Court. And Accenture would not incur any prejudice from consolidation, as it will need to litigate allegations of systematic discrimination in the *Walker* class action regardless. However, absent consolidation, Mr. Bayat would be left to adjudicate his claims alone while the class action proceeded without him.

Accordingly, for the foregoing reasons and as set forth more fully in the accompanying memorandum of law, *Walker v. Accenture LLP*, No. 3:19-00888-JAB and *Bayat v. Accenture Corp. LLC*, No. 3:18-01602-VAB, should be consolidated for all purposes.

DATED:   June 21, 2019                                    Respectfully submitted,

                                                         PLAINTIFF ATILA BAYAT

                                                         By: /s/Atila Bayat
                                                         *Prepared with the assistance of counsel*