UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ATILA BAYAT, </br></br> Plaintiff, </br></br> vs. </br></br> ACCENTURE CORPORATION LLC, </br></br> Defendant. | ) </br> ) CIVIL ACTION </br> ) NO. 3:18-CV-01602-VAB </br> ) </br> ) </br> ) </br> ) July 1, 2019 </br> ) </br> ) </br> ) |

## CONSENT MOTION FOR EXTENSION OF TIME AND TO STAY

Pursuant to D. Conn. L. Civ. R. 7(b), Defendant Accenture LLP ("Accenture"), by and through its undersigned counsel, Winston & Strawn LLP, with the consent of Plaintiff Atila Bayat, hereby moves this Court for a stay of the above-captioned action (the "Action") and an extension of time to submit Accenture's opposition to the pending Motion to Consolidate Cases. In support of this motion, Accenture states as follows:

1. The Complaint in the Action was filed on September 24, 2018. [Dkt. 1].

2. Accenture filed its Answer on November 21, 2018. [Dkt. 20].

3. Thereafter, the parties commenced discovery in accordance with the Court's Initial Scheduling Order, which set July 12, 2019, as the deadline for the completion of fact discovery.

4. On April 29, 2019, Bayat filed a Motion to Compel. [Dkt. 29]. The Court denied this motion without prejudice and held a discovery conference on May 21, 2019. [Dkt. 32].

5. Following the discovery conference, the Court issued a Ruling and Order on Discovery Disputes and Amendment of Pre-Trial Schedule. [Dkt. 36]. In that Order, the Court set July 12, 2019, as the deadline for the parties to complete certain written discovery, and September 13, 2019, as the close of all discovery. [Dkt. 36].

6. On June 21, 2019, Bayat filed a Motion to Consolidate Cases, requesting that the Action be consolidated with *Walker v. Accenture LLP*, No. 3:19-00888-JAB (D. Conn.), which is also pending in this Court, before the Honorable Janet Bond Arterton (the "*Walker* case"). [Dkt. 38]. Accenture's response to the Motion to Consolidate is currently due on July 12, 2019.

7. In his Motion to Consolidate, Bayat states that if consolidation is granted, he intends to file a consolidated amended complaint and requests that the current deadlines in the Action be vacated. [Dkt. 38-4].

8. Given the upcoming discovery deadlines and the uncertainty as to whether this Action will be consolidated with the *Walker* case, Accenture respectfully requests that the Court stay all other deadlines in the Action while the Motion to Consolidate is briefed and decided.[1]

9. A stay of this Action pending a decision on the Motion to Consolidate will not cause prejudice or delay to the parties, and would preserve the parties' and the Court's resources while it is determined where and how the Action will proceed.

10. In addition, Accenture requests an extension of time, until August 2, 2019, in which to respond to the Motion to Consolidate. Good cause exists for this extension because Accenture intends to oppose the motion to consolidate, and Accenture's counsel in the *Walker* case, who were only recently engaged, need additional time to review the allegations, confer with counsel for Accenture in the Action, and prepare a memorandum of law responding to the Motion to Consolidate. The current response deadline also falls shortly after the July 4 holiday.

11. In accordance with Local Civil Rule 7(b), counsel for all parties have conferred and Bayat consents to the relief sought.

---

[1] The parties in the *Walker* case have agreed to request a stay of that case in light of the Motion to Consolidate.

12. Also in accordance with Local Civil Rule 7(b), Accenture states that this is the first request for an extension of the deadline to respond to the Motion to Consolidate.

WHEREFORE, Accenture respectfully requests (with Bayat's consent) that the Court order the following:

(i) Accenture's response to the Motion to Consolidate shall be due on August 2, 2019.

(ii) Bayat's reply brief in support of the Motion to Consolidate shall be due on August 26, 2019.

(ii) All other deadlines in the Action are stayed pending a decision on the motion to consolidate.

(iii) If Plaintiff's motion to consolidate is granted, Bayat shall file an amended complaint within thirty (30) days of the Court's ruling, and Accenture shall have forty-five (45) days to Answer or otherwise respond to the amended complaint.

(iv) If Plaintiff's motion to consolidate is denied, the Court shall set a new scheduling order to govern the remainder of the Action.

Dated: July 1, 2019 DEFENDANT ACCENTURE LLP

By: *[signature]*

B. Aubrey Smith (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 294-4758
Fax: (212) 294-4700
BASmith@winston.com

Its Attorneys

Daniel J. Fazio (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
DFazio@winston.com