# EXHIBIT 1

| **CHARGE OF DISCRIMINATION** This form is effected by the Privacy Act of 1974. | **AGENCY** ☐ FEPA ☐ EEOC | **CHARGE NUMBER** *16A- ²017-00863* |
|---|---|---|

| **CONNECTICUT COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES AND EEOC** (State or local Agency, if any) |||

| NAME (Indicate ☒Mr., ☐Ms., or ☐Mrs.) *Atila Bayat* | **HOME TELEPHONE NO. (Include Area Code)** ██████ |
|---|---|
| **STREET ADDRESS, CITY, STATE AND ZIP CODE** ████████████████████ ||

NAME IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| **NAME** *Accenture* | **NO. OF EMLOYEES/MEMBERS** ~~15+~~ *20+* | **TELE. NO. (include Area Code)** |
|---|---|---|
| **STREET ADDRESS, CITY, STATE AND ZIP CODE** *One Financial Plaza , 755 Main Street Ste. Hartford CT. 06103* |||
| **NAME** | **TELEPHONE NO. (include Area Code)** ||
| **STREET ADDRESS, CITY, STATE AND ZIP CODE** |||

| CAUSE OF DISCRIMINATION BASED ON [Check appropriate box(es)] ☒ RACE   ☒ NATIONAL ORIGIN   ☒ RETALIATION   ☐ SEX ☐ COLOR   ☒ AGE   ☐ RELIGION   ☐ DISABILITY ☐ OTHER(Specify) | DATE DISCRIMINATION TOOK PLACE. EARLIEST *May 2015*   LATEST *Sept. 2016* ☐ CONTINUING ACTION |
|---|---|

The particulars of this charge of discrimination are set forth in my complaint *1710422* number which I filed with the Connecticut Commission on Human Rights and Opportunities on which is attached hereto and incorporated as if fully set forth herein.

| I want this charge filed with both the EEOC and the State or local Agency, if any.   I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | **NOTARY - (When necessary to meet State and Local Requirements)** My Commission Expires: _____ I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. *[signature]* Charging Party (Signature) *March 21, 2017* Data | **SIGNATURE OF COMPLAINANT** *[signature]* **SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE** (Day, month, and year) *3-21- 2017* |

EEOC FORM, 212 (Revised 3/01)

ANN S. GALER NOTARY PUBLIC MY COMMISSION EXPIRES MAY 31, 2021



## NOTICE OF RIGHT TO REQUEST REVIEW

This notice is to inform you that the charge to which you are a party, filed with both the Connecticut Commission on Human Rights and Opportunities (CCHRO) and the federal Equal Employment Opportunity Commission (EEOC), will be processed by the CCHRO.

In accordance with the Commission's Procedural Regulations, the Commission will accept the CCRHO's final finding or resolution of the charge and adopt it as its own unless a party to the charge requests the EEOC to conduct a review of the CCHRO's final action.

To exercise this right you must submit your request for review, in writing, to the EEOC office at the following address within fifteen (15) days of the date on which you receive the CCHRO's notice of its final findings:

**Equal Employment Opportunity Commission,**
**John F. Kennedy Federal Building,**
**475 Government Center, Boston, MA 02203,**

If you have any questions concerning this notice or your right to request review, please contact this office at (860) 886-5703.

**I AKNOWLEDGE RECEIPT OF THIS NOTICE**

Signature of Complainant

_Accentare Inc._

Respondent's Name

CCHRO/FEPA No.: _17/0422_

EEOC No.: _16A-2017-00863_

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

## AFFIDAVIT OF ILLEGAL DISCRIMINATORY PRACTICE

| FOR CHRO USE ONLY | |
|---|---|
| Case No. _17/0422_ <br> EEOC No. _16A-2017-00863_ | Date: _____ |

My name is _Atila Dayar_
My mailing address is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
My email address is
The respondent is _Accenture_
Whose business address is _One Financial Plaza 755 Main St. Suite 1601 Hartford CT. 06103_

I was ...
(write the date on or about when the discrimination occurred next to the kind of act):

☒ discriminated against in terms and conditions _June 2015 - Aug - 2016_
☒ terminated _Sept 16, 2016_                    ☒ not hired/promoted _____
☐ suspended _____                        ☐ not rented a dwelling _____
☐ placed on probation _____              ☐ harassed  ☐ sexually harassed ____
☐ demoted _____                          ☐ earning a different rate of pay ____
☐ warned _____                           ☒ constructively discharged _Aug 2017_
☐ given a poor evaluation _____          ☒ retaliated against _Sept 9 2016_
☒ denied a raise _July 2016_                    ☐ not hired due to a BFOQ _____
☐ less trained _____                     ☐ not hired due to a disability _____
☐ denied an office _____                 ☐ delegated difficult assignments _____
☐ denied service(s) _____                ☐ other _____

I believe that my:

☒ race _White_                          ☒ national origin _U.S.A._    ☐ ancestry        ☐ color
☒ age _DoB - 9.8.66_                    ☐ alienage                    ☐ religion         ☐ creed
☐ marital status                        ☐ familial status             ☐ sex: ☐ male ☐ female
☐ sexual orientation                    ☐ physical disability         ☐ pregnancy
☐ mental                                ☐ learning disability         ☐ prior criminal record
   disability/disorder
☐ lawful source of                      ☒ previous opposition to discriminatory conduct _May 2016_
   income

Was in part a factor in this action.

Date Document Filed
2/21/17

**COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES**

I believe that the responde... violated the following statutes and acts listed below, as amended, enforced through CONN. GEN. STAT. § 46a-58(a) if applicable:

| | |
|---|---|
| ☒ CONN. GEN. STAT. § 46a-60(a)(1) | ☐ Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 (cite for 15 or more individuals employed) |
| ☒ CONN. GEN. STAT. § 46a-60(a)(4) | |
| ☐ CONN. GEN. STAT. § 46a-60(a)(5) | |
| ☐ CONN. GEN. STAT. § 46a-60(a)(7) | ☐ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634 (cite for 20 or more individuals employed) |
| ☐ CONN. GEN. STAT. § 46a-60(a)(8) | |
| ☐ CONN. GEN. STAT. § 46a-64 | |
| ☐ CONN. GEN. STAT. § 46a-70 | ☐ Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. |
| ☐ CONN. GEN. STAT. § 46a-71 | |
| ☐ CONN. GEN. STAT. § 46a-80 | ☐ Equal Pay Act of 1964, U.S.C. § 206 |
| ☐ CONN. GEN. STAT. § 46a-81 | ☐ Section 504 of the Rehabilitation Act of 1973 |

☐ Other _____

(PLEASE TYPE & NUMBER EACH ALLEGATION – ADD ADDITIONAL PAGES IF NEEDED)

I provide the following particulars:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Affidavit of Atila Bayat

1. Complainant, Atila Bayat, residing in Torrington, Connecticut

2. Respondent is Accenture, a foreign corporation with a place of business located at One Financial Plaza, Hartford, Connecticut. At all times relevant to this complaint, Complainant was employed at Respondent's place of business in Hartford, Connecticut. Respondent employs over 350,000 individuals globally.

3. Complainant was hired by Respondent in February 2015.

4. Complainant has more than 16 years of Management Consultant experience with Software Quality Assurance, Product Quality Management, Requirements Management, Corporate Compliance, Risk Weighting IT, Corporate and Technology Strategy, the management, support, testing, organizing and formalizing the QA process, developing test strategies during all phases of development for financial and business products. Complainant was also responsible for managing the workflow between QA, Development, and Programming to meet planned goals. Complainant was also proficient in numerous programs and applications, and authoring technical publications.

5. Complainant was told by Respondent on September 7, 2016 that he had 1 week to find a role in the Accenture Careers Marketplace (CM).

6. Complainant was told by Respondent on September 7, 2016 to discontinue searching for roles in MyScheduling (MS).

7. Complainant was told by Respondent he could continue to find a role in CM but his last day would be September 16, 2016, and that the last to find a job in CM would be September 14th.

8. Complainant had a role interview on September 6th. Complainant supplied the names of the interviewers and the client for the role, Fannie Mae, an Accenture client. Complainant was being considered for the role and was to be contacted by September 8th.

9. On multiple occasions Complainant was asked by Accenture employees and Accenture employment interviewers if he had a H1-B Visa. He explained he is a US Citizen.

10. Complainant states that most roles he applied for were filled with Indians from India.

11. In September 7 conference call and September 14th email communication and follow up, Complainant claims he was retaliated against for filing discrimination reports and reporting discrimination concerns to senior management, in the months leading up to Separation on September 7th 2016.

12. Complainant claims he was disqualified for being a US Citizen.

13. Complainant states that all the account managers in his office are from India.

14. Complainant notes that he did do chargeable work in the last 40 days of his employment that was approved but not acknowledged.

15. Complainant states he was badly represented by his Career Counselor / Supervisor, Talent Fulfillment Specialist, Senior Manager, and Local and Remote HR Managers.

16. Complainant received Separation Package Materials via email on the morning of September 7.

17. Complainant sends follow up email and requests why his training is not being included in the Separation or Severance agreement material.

18. Complainant received email on September 12 regarding severance. Complainant requested Severance. No Severance was supplied by Accenture.

19. In September 14th email, Complainant claims he was retaliated against for filing discrimination reports and reporting discrimination concerns to senior management, in the months leading up to Separation on September 7th 2016.

20. Complainant received Separation agreement via postal mail on September 14th 2016.

21. Complainant was supplied details regarding severance package he would receive on September 16th 2016.

22. Complainant did not receive two weeks of accrued eligible vacation pay which a request was made in June 2016. Upon Separation, those two weeks of accrued time off were not included / nor received by final check payment according to Connecticut State law.

23. Complainant requests HR file via email on September 19th 2016. Accenture HR manager replies she will obtain it and send it. Complainant receives the file on or about October 15 2016, it was postmarked October 11, 2016.

24. Based on the foregoing, Complainant charges the Respondent with retaliating against him for speaking out against discrimination, in violation of the Connecticut Fair Employment Practices Act, Connecticut General Statute's 48a-58(a), et seq., and the Age Discrimination in Employment Act of 1967, 29 U.S.C. 621-634.

Atila Bayat



IMPORTANT: <u>YOU MUST OBTAIN A NOTARIZATION OF YOUR COMPLAINT BEFORE</u> <u>YOU RETURN THIS FORM</u>

I request the Connecticut Commission on Human Rights and Opportunities investigate my complaint, secure for me my rights as guaranteed to me under the above cited laws and secure for me any remedy to which I may be entitled.

*Atila Banat* being duly sworn, on oath, states that s/he is the Complainant herein; that s/he has read the foregoing complaint and knows the content thereof; that the same is true of her/his own knowledge, except as to the matter herein stated on information and belief and that as to these matters s/he believes the same to be true.

Dated at ____, Connecticut this ____ day of ____ ,20__ .

_____
(Complainant's Signature)

Subscribed and sworn to before me this ____ day of ____ , 20 __

_____
Notary Public/Commissioner of
the Superior Court
My commission expires: _____

ANN S. GALER
NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 31, 20__