# Exhibit 3

**Subject:** RE: Walker v. Accenture
**Date:** Monday, July 22, 2019 at 2:00:33 PM Eastern Daylight Time
**From:** Mike von Klemperer
**To:** 'Levin, Gabrielle'
**CC:** 'Amy Roller', 'Daniel Kotchen', 'Lindsey Grunert', 'Michael J. Reilly'

That is acceptable. Thanks.

-Mike

**From:** Levin, Gabrielle <GLevin@gibsondunn.com>
**Sent:** Friday, July 19, 2019 11:21 AM
**To:** Mike von Klemperer <mvonklemperer@kotchen.com>
**Cc:** 'Amy Roller' <aroller@kotchen.com>; 'Daniel Kotchen' <dkotchen@kotchen.com>; 'Lindsey Grunert' <lgrunert@kotchen.com>; 'Michael J. Reilly' <MReilly@cicchielloesq.com>
**Subject:** RE: Walker v. Accenture

Mike: Thank you. We will consent to stay the Title VII statute of limitations, if you agree that Walker will amend his complaint within 30 days after the decision on the motion to consolidate and Accenture will then have 45 days to respond to the amended complaint. Please confirm this is acceptable.

**Gabrielle Levin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3901 • Fax +1 212.351.5301
GLevin@gibsondunn.com • www.gibsondunn.com

**From:** Mike von Klemperer <mvonklemperer@kotchen.com>
**Sent:** Friday, July 19, 2019 9:05 AM
**To:** Levin, Gabrielle <GLevin@gibsondunn.com>
**Cc:** 'Amy Roller' <aroller@kotchen.com>; 'Daniel Kotchen' <dkotchen@kotchen.com>; 'Lindsey Grunert' <lgrunert@kotchen.com>; 'Michael J. Reilly' <MReilly@cicchielloesq.com>
**Subject:** RE: Walker v. Accenture

[External Email]
Gabrielle,

See attached.

Best,

Mike

**From:** Levin, Gabrielle <GLevin@gibsondunn.com>

**Sent:** Thursday, July 18, 2019 11:45 AM
**To:** Michael von Klemperer <mvonklemperer@kotchen.com>
**Cc:** Amy Roller <aroller@kotchen.com>; Daniel Kotchen <dkotchen@kotchen.com>; Lindsey Grunert <lgrunert@kotchen.com>; 'Michael J. Reilly' <MReilly@cicchielloesq.com>
**Subject:** RE: Walker v. Accenture

Mike: Please send me a copy of the Notice of Right to Sue and I will discuss your request with my client.

**Gabrielle Levin**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.3901 • Fax +1 212.351.5301
GLevin@gibsondunn.com • www.gibsondunn.com

---

**From:** Michael von Klemperer <mvonklemperer@kotchen.com>
**Sent:** Thursday, July 18, 2019 11:27 AM
**To:** Levin, Gabrielle <GLevin@gibsondunn.com>
**Cc:** Amy Roller <aroller@kotchen.com>; Daniel Kotchen <dkotchen@kotchen.com>; Lindsey Grunert <lgrunert@kotchen.com>; 'Michael J. Reilly' <MReilly@cicchielloesq.com>
**Subject:** Walker v. Accenture

[External Email]
Gabrielle,

Mr. Walker recently received his Notice of Right to Sue from the EEOC and must file an amended complaint adding Title VII claims on or before October 11. Given the existing stay of deadlines, please let us know if Accenture will agree to stay Mr. Walker's Title VII statute of limitations while the motion to consolidate is pending. For avoidance of doubt, Mr. Walker's statute of limitations would run for 90 days from the date the motion to consolidate is decided.

Best,

Mike

--------------------------------------------------
*Michael von Klemperer, Esq.*
Kotchen & Low LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
(646) 220-0965
(202) 280-1128 (Fax)
mvonklemperer@kotchen.com
www.kotchen.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.